## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy           04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | M.K. Weeden Construction, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-0495272 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 92 Industrial Way<br>Lewistown, MT 59457<br>Number, Street, City, State & ZIP Code | PO Box 1164<br>Lewistown, MT 59457<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Fergus<br>County | **Location of principal assets, if different from principal place of business**<br>Lewistown, MT 59457<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | M.K. Weeden Construction, Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2379

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. Check *all* that apply:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | Monte K. Weeden | Relationship | Prinicipal of Debtor |
| District | Montana | When 9/17/24 | Case number, if known 24-40058-BPH |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 2

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**        .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | M.K. Weeden Construction, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/11/2025
　　　　　　　　MM / DD / YYYY

X _Monte Weeden_     Monte Weeden
Signature of authorized representative of debtor    Printed name

Title   President

**18. Signature of attorney**

X _Laurie M. Thornton_     Date   12/11/2025
Signature of attorney for debtor    MM / DD / YYYY

Laurie Thornton
Printed name

DBS Law
Firm name

819 Virginia Street, Suite C-2
Seattle, WA 98101
Number, Street, City, State & ZIP Code

Contact phone   (206) 489-3802     Email address   lthornton@lawdbs.com

WSBA No. 35030 (Washington State)
Bar number and State

# WRITTEN CONSENT OF
## THE BOARD OF DIRECTORS OF
## M.K. WEEDEN CONSTRUCTION, INC.

The undersigned director of M.K. Weeden Construction, Inc., a corporation formed under the laws of the State of Montana (the "Company"), by this Consent in writing and in accordance with Montana Code, Title 35, hereby waives all notice of the time, place and purposes of a meeting of the Board of Directors of the Company (the "Board"), and hereby consents to the adoption of the following resolutions (the "Resolutions"):

**RESOLVED**, that in the judgment of the Board of Directors of the Company, it is desirable and in the best interests of the Company, its creditors, stockholders, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

**FURTHER RESOLVED**, that Monte Weeden (the "Authorized Officer") is hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Montana (the "Bankruptcy Court") at such time as said Authorized Officer executing the same shall determine and in such form or forms as such Authorized Officer may approve;

**FURTHER RESOLVED**, that the Company is authorized to retain the law firm of D. Bugbee & Scalia, PLLC, 819 Virginia Street, Suite C-2, Seattle, WA 98101, to represent the Company in connection with the prosecution of the Company's case under Chapter 11 of the Bankruptcy Code;

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all further actions which the Authorized Officer or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11 of the Bankruptcy Code, and to take and perform any and all further acts and deeds which they deem necessary, proper or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case including, without limitation, seeking authority to guarantee or borrow, and borrowing, amounts under any post-petition financing facility for itself or its affiliates, and granting liens, guarantees, pledges, mortgages and/or other security therefor and filing financing statements, mortgages, intellectual property security agreements and other documents related thereto;

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized to employ and retain legal counsel, financial advisors, accountants and other professionals, to advise the Company in connection with its case under Chapter 11 of the Bankruptcy Code;

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed on behalf of the Company to take such actions to make, sign, execute, acknowledge and deliver (and record in the relevant office of the secretary of state or the county clerk, if necessary)

any and all such agreements listed above (including exhibits thereto), including any and all affidavits, orders, directions, certificates, requests, receipts, financing statements, or other instruments as may reasonably be required to give effect to these Resolutions, and to execute and deliver such agreements (including exhibits thereto) and related documents, and to fully perform the terms and provisions thereof;

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized on behalf of, and in the name of, the Company to execute any and all plans of reorganization under Chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, and to cause the same to be filed in the Bankruptcy Court at such time as said Authorized Officer executing the same shall determine;

**FURTHER RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed on behalf of the Company to take such actions and to make, sign, execute, acknowledge and deliver all such additional documents, agreements and certificates as may be reasonably required to give effect to the consummation of the transactions contemplated by these Resolutions and any Chapter 11 plan of reorganization, and to execute and deliver such documents, agreements and certificates, and to fully perform the terms and provisions thereof; and

**FURTHER RESOLVED**, that to the extent that any of the actions authorized by any of these Resolutions have been taken by the Authorized Officer of the Company on its behalf, such actions are hereby ratified and confirmed in their entirety.

This Consent may be signed in counterparts, including by electronic or facsimile transmission, each of which shall be deemed an original and all of which, taken together, shall constitute one and the same document.

**EXECUTED** this 10th day of December 2025.

Monte Weeden, President
Dated: 12/10/2025

Karlene Weeden, Secretary/Treasurer
Dated: 12/10/2025

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __12/11/2025__         x _Monte Weeden_ (signature)
                                    Signature of individual signing on behalf of debtor

                                    Monte Weeden
                                    Printed name

                                    President
                                    Position or relationship to debtor

| | |
|---|---|
| Debtor name | M.K. Weeden Construction, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF MONTANA |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ARU SPC obo Pillar SP Attn: Noel Malabanan 1834 Walden Office Square, Ste. 350 Schaumburg, IL 60173 | | | | | | $93,501.00 |
| CAT Financial CAT Card PO Box 735638 Dallas, TX 75373 | | | | | | $93,565.11 |
| Caterpillar Financial PO Box 100647 Pasadena, CA 91189 | | | | | | $38,029.62 |
| Employers Mutual Casualty c/o The Hustead Law Firm 4643 S. Ulster Street, Ste. 1250 Denver, CO 80237 | | | | | | $2,700,000.00 |
| Ezzie's Wholesale Inc. c/o Oliver Urick PO Box 556 Stanford, MT 59479 | | | | | | $270,000.00 |
| First Bank of Montana P.O. Box 540 Lewistown, MT 59457 | | See Attached Equipment List. | | $10,971,921.21 | $5,175,120.00 | $10,747,700.41 |
| First Insurance Funding PO Box 7000 Carol Stream, IL 60197 | | | | | | $89,360.54 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101 | | Taxing Authority | | | | Unknown |
| John Thomas Inc. 1560 Lovett Drive Dixon, IL 61021 | | | | | | $33,916.83 |
| Ken Cunningham 2466 S. 28 Road Ballantine, MT 59006 | | | Disputed | | | $23,040.99 |
| Marsh McLennan Agency 501 N. Riverpoint Blvd., Ste. 403 Spokane, WA 99202 | | | | | | $97,119.23 |
| Modern Machinery Co., Inc. PO Box 16660 Missoula, MT 59806 | | | | | | $684,980.56 |
| Moore Farmers Oil Company c/o Oliver J. Urick PO Box 556 Stanford, MT 59479 | | | | | | $220,000.00 |
| Mountainview Co-Op 1030 Montana Avenue NE Black Eagle, MT 59414 | | | | | | $183,305.28 |
| Paynewest Insurance Inc. PO Box 4386 Missoula, MT 59806 | | | | | | $556,714.30 |
| PRB Oil Company PO Box 506 Blackfoot, ID 83221 | | | | | | $27,218.28 |
| Tractor and Equipment Co., Inc. c/o Alex W. Hamman 2075 Central Avenue, Ste. 4 Billings, MT 59102 | | | | | | $360,400.86 |
| Varilease Finance Inc/VFI ABS 2022-1 LLC<br><br>2800 E. Cottonwood Pkwy., 2nd Floor Salt Lake City, UT 84121 | | | Disputed | | | $1,337,452.86 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Western States Equipment Co. PO Box 3805 Seattle, WA 98124 | | | | | | $184,039.95 |
| Wyoming Machinery Company PO Box 2335 Casper, WY 82602 | | | | | | $404,736.72 |

Fill in this information to identify the case:

Debtor name    M.K. Weeden Construction, Inc.

United States Bankruptcy Court for the:    DISTRICT OF MONTANA

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*....................................................................................    $      0.00

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................................    $      27,956,847.00

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..................................................................................    $      27,956,847.00

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $      16,130,740.41

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................    $      31,302.77

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................    +$      7,516,625.35

4. **Total liabilities** ..............................................................................................................
Lines 2 + 3a + 3b      $      23,678,668.53

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:        Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |

| | | | |
|---|---|---|---|
| 3.1.   First Bank/Glacier Bank | | 9020 | $120,000.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.            $120,000.00

### Part 2:        Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:        Accounts receivable

10. **Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

### Part 4:        Investments

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

4:25-bk-40100-BPH   Doc#: 1   Filed: 12/11/25   Page 12 of 79

| Debtor | M.K. Weeden Construction, Inc. | Case number (If known) | |
|--------|-------------------------------|------------------------|---|
| | Name | | |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---------------------|-------------------------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|
| 19. | **Raw materials**<br>Parts and supplies | | $0.00 | Liquidation | $824,000.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | $824,000.00 |
|-----|----------------------|-------------|
| | Add lines 19 through 22. Copy the total to line 84. | |

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---------------------|--------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. | **Office furniture**<br>Desks, chairs, couches, appliances | $0.00 | Liquidation | $500.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>Computers and software | $0.00 | Liquidation | $500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

| | |
|---|---|
| | $1,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   See attached Equipment List | $0.00 | | $0.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
|   See Attached Equipment List. | $0.00 | | $5,175,120.00 |

51. **Total of Part 8.**

Add lines 47 through 50.   Copy the total to line 87.

| | |
|---|---|
| | $5,175,120.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** http://mkweeden.com/ | $0.00 | | $0.00 |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:**  **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **71.** **Notes receivable** Description (include name of obligor) | | |
| **72.** **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | | |
| Net Operating Loss | Tax year 2023 | $472,168.00 |
| Net Operating Loss | Tax year 2020 | $12,991,421.00 |
| Net Operating Loss | Tax year 2021 | $2,327,784.00 |
| Net Operating Loss | Tax year 2022 | $3,141,658.00 |

| | | |
|---|---|---|
| Net Operating Loss | Tax year  2024 | $2,903,696.00 |

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

NTEC                                                      Unknown

| | |
|---|---|
| **Nature of claim** | Cancellation of Spring Creek mining contract |
| **Amount requested** | $11,000,000.00 |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                   $21,836,727.00

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $120,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $824,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,175,120.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $21,836,727.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $27,956,848.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $27,956,848.00 |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|
| 104 | Pickup | Ford | F-250 XLT | 2FTHF26H2RCA60393 | 1994 | Diesel Engine, 5 Speed Transmission, 4 WD, 235/85R 16 Tires (Avg. 45% Tread Remaining) Portable Fuel Tank w/Electric Pump and Weatherguard Tool Box. The unit is in good condition. | $ 3,400.00 | MK Weeden Construction Inc. | LWT |
| 138 | Pickup | Ford | F350XL | 2FDKF38G3SCA44723 | 1995 | Reg. Cab, 460 Ford V-8 Gas Engine, 5 Speed Transmission, 4 WD, Flat Bed Dully, Fuel Tank & Tool Boxes, 56K Miles. The unit is in good condition. | $ 6,800.00 | MK Weeden Construction Inc. | LWT |
| 151 | Pickup | Chevy | 2500 | 1GCGK24R6TZ105476 | 1996 | V8 Gas Engine, Automatic Transmission, Reg. Cab, Fletbed, LT235/16 Tires. The unit is in fair condition. | $ 5,900.00 | MK Weeden Construction Inc. | LWT |
| 162 | Pickup | Ford | F-150 | 1FTFWIEF3CFA29814 | 2012 | V8 Gas Engine, Automatic Transmission, 4 WD, Crew Cab, Tool Box, Headach Rack. | $ 20,300.00 | MK Weeden Construction Inc. | LWT |
| 164 | Pickup | Dodge | 3500 | 3C63DRGL6CG186317 | 2012 | Cummins Diesel Engine, Automatic Transmisson, Crew Cab, 4 WD, Bradford Flatbed 8'X8.5' with Tool Boxes, Grill Guard, Dual Wheel, 235/80R-17 Tires, | $ 24,800.00 | MK Weeden Construction Inc. | LWT |
| 167 | Pickup | Dodge | 3500 | 3C63D3GL6CG205719 | 2012 | Cummins Diesel, Automatic Transmission, 4 WD, Crew Cab, Tool Box, Fuel Tank, Headach Rack, Grill Guard, LT265/70R-17 Tires, | $ 25,700.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|--------|------|------|-------|---------------|------|-------------|-----------------|-----------|----------|
| 187 | Pickup | Ford | F250XLT | 1FT7X2B61CEA98373 | 2012 | 6.0L V-8 Gas, Automatic Transmission, Supercab, 4x4, Fuel Tank, Tool Box and Headache Rack, LT265/70R/20 Tires. This unit is in fair condition. | $ 15,800.00 | MK Weeden Construction Inc. | LWT |
| 219 | Truck, Mechanics | Freightliner | FL70 | 1FV6HJBA9XHF30212 | 1999 | 3126 Caterpillar 250 HP Diesel Engine, 6 Speed Transmission, IMT Dominator Service Body, IMT 6020 10,000 lb. Hydraulic Extendable Crane, Hydraulic Outriggers, Hydraulic Driven IMT Air Compressor, 300 Amp Miller Trail Blazer Welder. The unit is in good condition. | $ 37,400.00 | MK Weeden Construction Inc. | LWT |
| 230 | Truck, Plow | Ford | LT9000 | 1FDZU90LIKVA15313 | 1989 | Tandem Axle Dump Truck, Diesel Engine, 7 Speed Transmission, 285/75R 22.5 Tires, Snow Plow and Sander. The unit is in good condition. | $ 8,300.00 | MK Weeden Construction Inc. | LWT |
| 232 | Truck, Fuel & Lube | Kenworth | T800 | 2XKDDB9XYPM930071 | 1993 | Fuel & Lube Truck, 3406 Cat Diesel, Retarder, 15 Speed Transmission, Enclosed Van Body, Air Compressor, Generator Set, 1500 Gal. Diesel Storage Tank, Product Dispensers w/Hose reels. | $ 70,400.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|
| 241 | Truck, Mechanics | Ford | F750 | 3FRWF75R26V376372 | 2006 | C7 Caterpillar Diesel Engine, Manual Transmission, 10,000 lb. Steller Crane w/Remote Controls, Miller Trailblazer 250 Amp Welder. The unit is in good condition. | $ 74,200.00 | MK Weeden Construction Inc. | LWT |
| 248 | Truck, Tractor | Kenworth | T800 | 1XKDP4EX48J231018 | 2008 | ISX 600 Cummins Diesel Engine, Jake Brake, 18 Speed Transmission, 36" Sleeper, 20K Front, 46K Rear Suspension, Steerable 20K Pusher Axle w/11R24.5 Tires, 385/65R22.5 Front & Rear Tires, Aluminum Headache Rack. The unit is in excellent condition. | $ 109,100.00 | MK Weeden Construction Inc. | LWT |
| 251 | Truck, Lube | Sterling | LT8513 | 2FZHAWDA37AX79773 | 2007 | C13 Cat Diesel Engine, Automatic Transmission, Day Cab, Enclosed, Heated Lube Body with Seven Product Tanks, Hydraulic Driven, 2,000 Gal. Diesel Fuel Tank, Pressure Washer, 3.25R24 Front and 11:00R24.5 Rear Tires. The unit is in very good condition. | $ 131,000.00 | MK Weeden Construction Inc. | GH |
| 264 | Truck, Mechanics | Dodge | 3500 | 3D6WH46A18G111751 | 2008 | Cummins Diesel Engine, Automatic Transmission, Mechanics Service Body, 3,500 lb. Auto Crane, Gas Air Compressor, 250 Amp Welder. This unit is in good condition. | $ 44,200.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|
| 266 | Truck, Fuel | International | 4600 | 1HTSDAANSVH444473 | 1997 | DT466 International Diesel Engine, 7 Speed Transmission, 2000 Gal Fuel Tank, PTO Pump and Electric Reels. The unit is in good condition. | $ 15,300.00 | MK Weeden Construction Inc. | LWT |
| 268 | Truck, Fuel | Ford | U/K | 1FDXR82E9PVA15777 | 1993 | 2800 Gal. Fuel Tank, PTO Pump, Hose Reals | $ 14,600.00 | MK Weeden Construction Inc. | LWT |
| 270 | Truck, Fuel & Lube | Peterbilt | 357 | 1NPALOOX52D573182 | 2002 | Cummins ISM 330 H.P. Diesel Engine, 8 Speed Fuller Transmission, 20K Front46K Rear, 385/65R-22.5 Front/ 11R-22.5 Rear Tires | $ 69,100.00 | MK Weeden Construction Inc. | LWT |
| 271 | Truck | Peterbilt | 357 | 1NPALO0X42D573187 | 2002 | Cat 3166 Diesel Engine, 9 Speed Eaton Fuller Transmission, 11R 22.5 Tires, Hydraulic Air Compressor, 6 Product Tanks, Evac System. The unit is in good condition. | $ 69,100.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 272 | Truck, Fuel & Lube | Kenworth | U/K | INKDL40X4DJ349254 | 2012 | Cummins ISX 435HP Diesel Engine, 13 Speed Eaton Fuller Transmisson, 20K Front, 46K Rear, AC, Chambers Suspension, 425/65R-22.5 Front Rear, 11R-24.5 Rear Tires, 2012 Ellioot Fuel/ Lube Body - 2000 Gal Fuel Tank, High Vol. Fuel Pump with Meter, 2 Cyl. Hyd. Air Compressor, Heated Box(3) Heaters, Air Grease, Four(4) 175 Gal Tanks Evac Oil System with 225 Gal Tank, 150 Gal Anti Freeze Tank, All with Graco Pumps and Heavy Duty Hose Reals, Work Light Package, | $ | 218,300.00 | MK Weeden Construction Inc. | SCC |
| 273 | Truck | Kenworth | T-800 B | 1XKDP4EX7DJ349137 | 2013 | ISX 485 Cummins Diesel, 13 Speed Fuller Transmision, Alu. Headach Rack, AC, Air Ride, 160 Gal Fuel Tank, 27 Gal DEF, 14.6K Front & 46K Rear Dana Spicer Suspension, 13.2K Watson Chalin Steerable 3rd Pusher | $ | 92,200.00 | MK Weeden Construction Inc. | LWT |
| 274 | Truck | Kenworth | T-800 B | 1XKDP4EX9DJ349138 | 2013 | ISX 485 Cummins Diesel, 13 Speed Fuller Transmision, Alu. Headach Rack, AC, Air Ride, 160 Gal Fuel Tank, 27 Gal DEF, 14.6K Front & 46K Rear Dana Spicer Suspension, 13.2K Watson Chalin Steerable 3rd Pusher | $ | 92,200.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|--------|------|------|-------|---------------|------|-------------|-----------------|-----------|----------|
| 275 | Truck | Kenworth | T-800 B | 1XKDP4EX0DJ349139 | 2013 | ISX 485 Cummins Diesel, 13 Speed Fuller Transmission, Alu. Headach Rack, AC, Air Ride, 160 Gal Fuel Tank, 27 Gal DEF, 14.6K Front & 46K Rear Dana Spicer Suspension, 13.2K Watson Chalin Steerable 3rd Pusher | $ 92,200.00 | MK Weeden Construction Inc. | LWT |
| 276 | Truck | Kenworth | T-800 B | 1XKDP4EX7DJ349140 | 2013 | ISX 485 Cummins Diesel, 13 Speed Fuller Transmission, Alu. Headach Rack, AC, Air Ride, 160 Gal Fuel Tank, 27 Gal DEF, 14.6K Front & 46K Rear Dana Spicer Suspension, 13.2K Watson Chalin Steerable 3rd Pusher | $ 92,200.00 | MK Weeden Construction Inc. | LWT |
| 277 | Truck | Kenworth | T-800 B | 1XKDP4EX9DJ349141 | 2013 | ISX 485 Cummins Diesel, 13 Speed Fuller Transmission, Alu. Headach Rack, AC, Air Ride, 160 Gal Fuel Tank, 27 Gal DEF, 14.6K Front & 46K Rear Dana Spicer Suspension, 13.2K Watson Chalin Steerable 3rd Pusher | $ 92,200.00 | MK Weeden Construction Inc. | LWT |
| 278 | Truck | Kenworth | T-800 | 1XKDP4EX0DJ349142 | 2013 | ISX 485 Cummins Diesel, 13 Speed Fuller Transmission, Alu. Headach Rack, AC, Air Ride, 160 Gal Fuel Tank, 27 Gal DEF, 14.6K Front & 46K Rear Dana Spicer Suspension, 13.2K Watson Chalin Steerable 3rd Pusher | $ 92,200.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|
| 279 | Truck | Kenworth | T-800 | 1XKDP4EX2DJ349143 | 2013 | ISX 485 Cummins Diesel, 13 Speed Fuller Transmission, Alu. Headach Rack, AC, Air Ride, 160 Gal Fuel Tank, 27 Gal DEF, 14.6K Front & 46K Rear Dana Spicer Suspension, 13.2K Watson Chalin Steerable 3rd Pusher | $ 92,200.00 | MK Weeden Construction Inc. | LWT |
| 281 | Truck | Kenworth | T-800 | 1XKDP4EX6DJ349145 | 2013 | ISX 485 Cummins Diesel, 13 Speed Fuller Transmission, Alu. Headach Rack, AC, Air Ride, 160 Gal Fuel Tank, 27 Gal DEF, 14.6K Front & 46K Rear Dana Spicer Suspension, 13.2K Watson Chalin Steerable 3rd Pusher | $ 92,200.00 | MK Weeden Construction Inc. | LWT |
| 282 | Truck | Kenworth | T-800 | 1XKDP4EX8DJ349146 | 2013 | ISX 485 Cummins Diesel, 13 Speed Fuller Transmission, Alu. Headach Rack, AC, Air Ride, 160 Gal Fuel Tank, 27 Gal DEF, 14.6K Front & 46K Rear Dana Spicer Suspension, 13.2K Watson Chalin Steerable 3rd Pusher | $ 92,200.00 | MK Weeden Construction Inc. | LWT |
| 284 | Truck, Pressure Washer | International | 4900 | 1HTSDAAR5VH465661 | 1997 | International DT466E Diesel Engine, 5 Speed Automatic Transmission, 2000Gal Supply Tank, 3 Cyl Deutz Diesel Engine with 15KW Generator, Diesel Fired Steam Cleaner, Dual Wheel, 11R-22.5 Tires | $ 14,600.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|--------|------|------|-------|---------------|------|-------------|-----------------|-----------|----------|
| 286 | Truck, Tractor | Kenworth | T800 | 1XKDP4TX0FJ435671 | 2015 | ISX 600 Cummings Diesel Engine, Jake Brake, 18 Speed Transmission, 36' Sleeper, 20K Front, 46K Rear Suspension, Steerable 20K Pusher Axle, W/11R24.5 Tires, 385/65R/22.5 Front and Rear Tires, Aluminum Headahe Rack. This unit is in excellent condition. | $ 155,000.00 | MK Weeden Construction Inc. | LWT |
| 288 | Truck, Tractor | Kenworth | T800 | 1XKDDW9X19R257836 | 2009 | ISX 485HP Cummings diesel engine, Eaton FRO1610C 10 speed transmisson, DSP 40,000 lb rear end with 370 gear ratio. 14,600 lb front axel. 176" wheel base. 11:00 X 24.5 Tires. This unit is in very good condition. | $ 44,400.00 | MK Weeden Construction Inc. | LWT |
| 289 | Truck, Tractor | Kenworth | T800 | 1XKDDW9X39R257837 | 2009 | ISX 485HP Cummings diesel engine, Eaton FRO1610C 10 speed transmisson, DSP 40,000 lb rear end with 370 gear ratio. 14,600 lb front axel. 176" wheel base. 11:00 X 24.5 Tires. This unit is in very good condition. | $ 44,400.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|--------|------|------|-------|---------------|------|-------------|-----------------|-----------|----------|
| 290 | Truck, Mechanics | Ford | F750 | 3FRXF7EL5DV028450 | 2013 | Cummins Diesel Engine, Allison Automatic Transmission, IMT 5020 8,000 lb Crane with remote controls, Lincoln 300 Amp Welder, IMT HAR 435 Hydraulic 40-CFM Air Compressor, work lights, locking tool boxes. The unit is in good condition | $ 78,500.00 | MK Weeden Construction Inc. | GH |
| 291 | Bus | International | IC, DT 466 | 4DRAMAAN09A666514 | 2009 | International IC, DT466 International Diesel Engine, 28 passenger bus, Allison Automatic Transmission, Air Brakes, heat and air condition. The unit is in good condition. | $ 26,500.00 | MK Weeden Construction Inc. | LWT |
| 293 | Truck | Kenworth | T800 | 1XKDP4EX7FJ421800 | 2015 | ISX 500 Cummins Diesel Engine, 18 Speed Transmission, 13,200 lb Front Axle, 13,200 LB Steerable Lift Axle, New Way Air Ride Transmission, 46,000 LB Rear Ends w/ Double Lockers, Kenworth 8 Bag Air Ride Suspension, Daycab w/ Intrigal 28" sleeper. 11.00X24.5 Rubber 2 Line Wet Kit. The unit is in very good condition. | $ 82,000.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|--------|------|------|-------|---------------|------|-------------|-----------------|-----------|----------|
| 294 | Truck | Kenworth | T800 | 1XKDP4EX9FJ423984 | 2015 | Cummings ISX 550 H.P. Diesel Engine, 18 Speed Transmission, 14,500 LB Front Axle, 14,500 LC Steerable Lift Axle, 46,000 Rear w/ Double Lockers, Kenworth 8 Bag Air Ride Suspension, Day Cab w/ 54" Sleeper, 11.00X24.5 Rubber 2 Line Wet Kit. The unit is like new condition. | $ 115,000.00 | MK Weeden Construction Inc. | LWT |
| 296 | Tire Truck | International | 7500 | 1HTWNAZT06J342052 | 2006 | | $ 140,000.00 | MK Weeden Construction Inc. | |
| 802 | Trailer, Utility | Titan | N/A | 4TGF24208R1009725 | 1994 | 24' 5th Wheel T/A Trailer, 8,000 lb Capacity, Landing Jacks, Beaver Tail w/Ramps, 750R 16 Tires (Avg 65% Tread Remaining) The unit is in good condition. | $ 2,300.00 | MK Weeden Construction Inc. | LWT |
| 804 | Trailer, Van | Evans | FA70 | INNZF4528CM062526 | 1982 | Field Office/Parts Van, T/A w/10:00 X 20 Tires (Avg, 60% Tread Remaining) Landing Jacks. The contents of this trailer is not included in the appraised price. The unit is in good condition. | $ 6,800.00 | MK Weeden Construction Inc. | LWT |
| 805 | Trailer, Van | Fruehauf | N/A | SN12740 | 1948 | 8' X 32' Tandem Axle Enclosed Van, Parts/Hoses, 10:00 X 20 Tires and Landing Jacks. The unit is in fair condition. The contents of this trailer is not included in the appraised price. | $ 3,150.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|
| 807 | Trailer, Van | Trailmobile | N/A | H31527 | 1971 | 8' X 42' Enclosed Tandem Axle Van Trailer, Parts Bins, Wired for Electricity, Field Office and Parts, 10:00 X 20 Tires and Landing Jacks. Unit is in VG condition. The contents of this trailer is not included in the appraised price. | $ 4,850.00 | MK Weeden Construction Inc. | LWT |
| 808 | Trailer, Lowboy | McDaniel | 3SSD-48-2 | IM9SD4B2XVA103029 | 1997 | 48' Tandem Spread Axle Single Drop Lowboy, Landing Jacks, 255/70R 22.5 Tires (Avg 50% Tread Remaining) The unit is in fair to good condition. | $ 10,200.00 | MK Weeden Construction Inc. | LWT |
| 809 | Trailer, Water | Butler | N/A | 3718NAM | 1964 | 8400 gal T/A Portable Water Tank, Water Pump w/Briggs & Stratton Gas Engine, 11R 24.5 Tires (Avg 40% Tread Remaining). The unit is in fair condition. | $ 5,800.00 | MK Weeden Construction Inc. | LWT |
| 810 | Trailer, Rail Beam | Aspen | 28' | 21-22876 | 2006 | 28' x 5'9", 65 Ton Rail Section for Aspen Low Boy, Cantilever Deck. The unit is in good condition. | $ 21,400.00 | MK Weeden Construction Inc. | LWT |
| 811 | Trailer, Utility | Titan | N/A | 4TGF24208X1017701 | 1999 | 24' 5th Wheel T/A Trailer, 8,000 lb Capacity, Landing Jacks, Beaver Tail w/Ramps, 750R 16 Tires (Avg 90% Tread Remaining) The unit is in good condition. | $ 4,700.00 | MK Weeden Construction Inc. | LWT |
| 819 | Trailer, Utility | DCT | N/A | 4GBF182601001512 | 2001 | T/A, 18' Deck, Ramps, 7,000 LB. Axles. The unit is in good condition | $ 3,150.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|--------|------|------|-------|---------------|------|-------------|-----------------|-----------|----------|
| 820 | Trailer, Utility | N/A | N/A | 4DYBS1627Y1020088 | 2000 | T/A, 18' Deck, Ramps, 3,500 LB. Axles. The unit is in good condition | $ 1,450.00 | MK Weeden Construction Inc. | LWT |
| 822 | Trailer, Van | Timpte | 66 | 46865 | 1979 | 30' S/A Enclosed Van, Swing Out Rear & Walk Thru Side Doors, 275/70/22.5 Tires, Cat 777 Haul Truck Parts Van. The unit is in good condition. | $ 3,150.00 | MK Weeden Construction Inc. | LWT |
| 823 | Trailer, Van | Great Dane | 48' | 1GRBA8424DB026102 | 1983 | 42' Tandem Axles, Dual Wheel, Landing Jacks, 285/75R 24.5 Tires, 2 side doors, Swing out rear doors. Almond Generator, Diesel Engine, Hydraulic Hose Equipment, Cat Hose Press, 2-Gates Hose Presses, Gates 300B Power Crimper, Gates PC700 Power Crimper. The unit is in good condition. | $ 46,100.00 | MK Weeden Construction Inc. | LWT |
| 824 | Trailer, Van | Fruehauf | 28' | 1H2RD2811EH015901 | 1983 | 28' Tandem Axles, Dual Wheels, Landing Jacks, 275/80R 24.5 Tires, Roll Up Rear Door, Walk in Side Door. The Trailer is for Bottom Dump Trailer Parts Van, The unit is in fair condition. | $ 14,500.00 | MK Weeden Construction Inc. | LWT |
| 827 | Trailer, Van | Great Dane | 48" | 1GRBA9622DB088505 | 1983 | 48' Tandem Axles, Dual Wheel, Landing Jacks, 11R22.5 Tires, 2 side doors, Swing out rear doors. This Van is storage for Cat Scraper Parts and Filters. The unit is in good condition. | $ 11,200.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 828 | 5th Wheel Dolly | U/K | S/A | U/K | U/K | Single Axle, Dual Wheel 5th Wheel Dolly. The unit is in fair condition, | $ | 1,550.00 | MK Weeden Construction Inc. | LWT |
| 834 | Trailer, Enclosed | Wells Cargo | 6'X12' | 1WC200D18V4034097 | 1998 | S/A 6' X 12' Enclosed Trailer for storing and transporting the tools for the pipe crew. The unit is in good condition, | $ | 3,400.00 | MK Weeden Construction Inc. | LWT |
| 836 | Trailer, Van | Hobbs | 26' | 1H5V02614BM005323 | 1981 | 26' Single Axle, Dual Wheel, Landing Jacks, Slide -up Rear Door, The unit is in good condition. | $ | 3,700.00 | MK Weeden Construction Inc. | LWT |
| 837 | Booster | Timpte | Congear | 1TDXO74Z18CO70317 | 1988 | Single Axle, Pintel Hitch. The unit is in good condition | $ | 1,400.00 | MK Weeden Construction Inc. | LWT |
| 838 | Trailer, Utility | Titan | U/K | 4TGF292O081047820 | 2008 | 29' Tandem Axle Utility Trailer, LT245R16 Tires, Fold Down Ramps. Unit is in good condition. | $ | 9,700.00 | MK Weeden Construction Inc. | LWT |
| 840 | Trailer, Bottom Dump | Ranco | LW21-42-3 | 1R9BSF6027L008280 | 2007 | Single Gate 42' Three Axle Bottom Dump Trailer, Twelve 11R 24.5 Tires, Rear Push Block, Glad-hands and Air to the rear for pulling pups, Sideboards. The unit is in fair condition. | $ | 26,700.00 | MK Weeden Construction Inc. | LWT |
| 842 | Trailer, Equipment | Wilson | U/K | 1W1BGB3B8NE305887 | 1992 | 45' Tandem Spread Axle Step Deck, 35' Work Deck, Aluminum Deck w/Steel Frame, 11:00 X 24.5 Tires. Unit is in good condition. | $ | 9,200.00 | MK Weeden Construction Inc. | LWT |
| 843 | Trailer, Cattle | Barrett | U/K | 87L4136 | 1987 | Aluminum Enclosed Cattle Pod, 11:00 X 24.5 Tires, Landing Jacks. The unit is in good condition | $ | 9,700.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 844 | | Trailer, Lowboy | Aspen | 65 Ton | 2A9LB6537AN125058 | 2010 | 65 Ton Triple Axle Lowboy, 9' X 27' Cantilever Work Deck w/4' Hydraulic Neck Extension, Walking Beam Suspension, 275R22.5 Tires. The unit is in good condition. | $ | 218,800.00 | MK Weeden Construction Inc. | LWT |
| 844 | A | Trailer, Jeep | Aspen | 40 Ton | 2A9JT4026AN125057 | 2010 | 40 Ton Jeep, 275R22.5 Tires. The unit is in good condition. | $ | - | MK Weeden Construction Inc. | LWT |
| 844 | B | Trailer, Booster | Aspen | 25 Ton | 2A9TD2526AN125059 | 2010 | 25 Ton Steerable air lift Booster Axle, 275R22.5 Tires. The unit is in good condition. | $ | - | MK Weeden Construction Inc. | LWT |
| 846 | | Trailer, Lowboy | Trail King | 60 Ton | 1TKJ05533X7M097940 | 2007 | Triple Axle, 9' X 26' Work Deck, 275R22.5 Tires, Hydraulic Fold Gooseneck, Wet Kit. The unit is in good condition. | $ | 76,200.00 | MK Weeden Construction Inc. | LWT |
| 846 | A | Trailer, Booster | Trail King | 12 1/2 Ton | 1TKS014197M097941 | 2007 | 12.5 Ton Single Axle Booster, 275R22.5 Tires. The unit is in good condition. | $ | - | MK Weeden Construction Inc. | LWT |
| 847 | | Trailer, Bottom Dump | Ranco | LW21-42-3 | 1UNSD42339R097729 | 2009 | Single Gate 42' Three Axle Bottom Dump Trailer, Twelve 11R 24.5 Tires, Rear Push Block, Glad-hands and Air to the rear for pulling pups, Sideboards. The unit is in fair condition. | $ | 36,400.00 | MK Weeden Construction Inc. | LWT |
| 849 | | Trailer, Enclosed | Interstate | U/K | 4RACS16292N017193 | 2002 | 16' Tandem Enclosed Trailer, Fold Down Rear Door, Side Door, LT235R16 Tires. The unit is in good condition. | $ | 6,300.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|
| 850 | Trailer, Enclosed | Forest Grove | U/K | 4X4TSE226YN016687 | 2000 | Tandem Axle Gooseneck Trailer w/Ramps, LT235R16 Tires. The unit is in good condition. | $ 11,700.00 | MK Weeden Construction Inc. | LWT |
| 855 | Trailer, Bottom Dump | Ranco | LW21-42-3 | 1D9SD4231CR661271 | 2012 | Single Gate 42' Three Axle (w/ 3rd Lift) Bottom Dump Trailer, Sideboards, Glad-hands and Air to the rear for pulling pups Twelve 11R 24.5 Tires | $ 43,700.00 | MK Weeden Construction Inc. | LWT |
| 856 | Trailer, Bottom Dump | Ranco | LW21-42-3 | 1D9SD4233CR661336 | 2012 | Single Gate 42' Three Axle (w/ 3rd Lift) Bottom Dump Trailer, Sideboards, Glad-hands and Air to the rear for pulling pups Twelve 11R 24.5 Tires | $ 43,700.00 | MK Weeden Construction Inc. | LWT |
| 857 | Trailer, Bottom Dump | Ranco | LW21-42-3 | 1D9SD4231CR661337 | 2012 | Single Gate 42' Three Axle (w/ 3rd Lift) Bottom Dump Trailer, Sideboards, Glad-hands and Air to the rear for pulling pups Twelve 11R 24.5 Tires | $ 43,700.00 | MK Weeden Construction Inc. | LWT |
| 858 | Trailer, Bottom Dump | Ranco | LW21-42-3 | 1D9SD4231CR661350 | 2012 | Single Gate 42' Three Axle (w/ 3rd Lift) Bottom Dump Trailer, Sideboards, Glad-hands and Air to the rear for pulling pups Twelve 11R 24.5 Tires | $ 43,700.00 | MK Weeden Construction Inc. | LWT |
| 859 | Trailer, Bottom Dump | Ranco | LW21-42-3 | 1D9SD423XCR661351 | 2012 | Single Gate 42' Three Axle (w/ 3rd Lift) Bottom Dump Trailer, Sideboards, Glad-hands and Air to the rear for pulling pups Twelve 11R 24.5 Tires | $ 43,700.00 | MK Weeden Construction Inc. | LWT |
| 860 | Trailer, Bottom Dump | Ranco | LW21-42-3 | 1D9SD4231CR661352 | 2012 | Single Gate 42' Three Axle (w/ 3rd Lift) Bottom Dump Trailer, Sideboards, Glad-hands and Air to the rear for pulling pups Twelve 11R 24.5 Tires | $ 43,700.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|
| 861 | Trailer, Bottom Dump | Ranco | LW21-42-3 | 1D9SD4233CR661353 | 2012 | Single Gate 42' Three Axle (w/ 3rd Lift) Bottom Dump Trailer, Sideboards, Glad-hands and Air to the rear for pulling pups Twelve 11R 24.5 Tires | $ 43,700.00 | MK Weeden Construction Inc. | LWT |
| 865 | Trailer, Enclosed | Trim | U/K | 1PT07DRE2E9007634 | 1984 | Storage Van, 8'6" wide, Single Axle, Dual Wheel, 11R-22.5 Tires | $ 2,700.00 | MK Weeden Construction Inc. | LWT |
| 866 | Trailer, Enclosed | Mann | u/K | 1NNVF281XEM088036 | 1984 | Storage Van, 8'6" wide, Single Axle, Dual Wheel, 11R-22.5 Tires | $ 2,700.00 | MK Weeden Construction Inc. | LWT |
| 867 | Trailer, Utility | Titan | U/K | 4TGF16204110195154 | 2001 | 14000 GVW Trailer, Single Wheel, Tandem Axle, Loading Ramps | $ 2,900.00 | MK Weeden Construction Inc. | LWT |
| 868 | Trailer, Utility | PJ | U/K | 1D9E718281M281002 | 2001 | Single Wheel, Tandem Axle Trailer, Loading Ramps | $ 3,150.00 | MK Weeden Construction Inc. | LWT |
| 869 | Trailer, Utility | PJ | A6101 | 4P5A6101XC2169328 | 2012 | Single Wheel, Tandem Axle Trailer, Loading Ramps, 205/75-16 Tires With # 22-12 Skid Mounted 200Gal Tank Fire Sprayer (MDL-LSS280) | $ 3,400.00 | MK Weeden Construction Inc. | LWT |
| 870 | Trailer, Utility | Carry | U/K | 4YMCL20238NO13264 | 2011 | 8.5'x20' Utility Trailer, Tandem Axle | $ 7,300.00 | MK Weeden Construction Inc. | LWT |
| 874 | Trailer, Tanker | Fruehauf | U/K | 1H4704423FL003206 | 1984 | 9,400 gal, 5 compartments, w/ aux off load pump for equipment, tandem axle, 285/75R/24.5 tires, | $ 34,900.00 | MK Weeden Construction Inc. | LWT |
| 875 | Trailer, Goose neck | Wilky | U/K | WT1274 | 1979 | 20'deck, tandem axle, 7.50/16 tires, | $ 2,900.00 | MK Weeden Construction Inc. | LWT |
| 876 | Trailer, Utility | ATV | N/A | 3CVU81626F2528468 | 2015 | Bumper Pull, Tandem Axle, Folding Ramp, 2.25R16 Tires. Unit is in new condition | $ 2,700.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|
| 878 | Trailer | PJ | D1163 | 4P5DJ1634E1205530 | 2014 | 16' 3 Axle Hydraulic Dump Trailer with Ramps. 7,000 LB Axles. The unit is in good condition. | $ 7,000.00 | MK Weeden Construction Inc. | LWT |
| 879 | Trailer, Lowboy | Trail King | TK170MDG-753 | 1TKJ075358M013906 | 2008 | Nine Axle, 9 X 30' Flat Work Deck, 275R22.5 Tires, 2008 Trail King Tri/Axle Jeep TK1O0JDG545 SN 1TKS03458M013905. 2008 Trail King Steerable Booster TKM 33-183, SN 1TKS018308 M013907 - Booster. Trail King 30' Machinery Beam SN 1TKJ075358 M013906 - Beam Deck. Power by a Honda Hydraulic Power Pack. The unit is in very good condition. | $ 240,000.00 | MK Weeden Construction Inc. | LWT |
| 880 | Trailer | SDI | DS222 | 1S9DS2227I5819008 | 2018 | 2 Axle Front Steerable Axle, Dual Tires 11:00 X 24, Adjustable Hitch, Air Brakes, Push Block Side Dump Pup Tub 35 Foot. The unit is in like new condition. | $ 42,500.00 | MK Weeden Construction Inc. | LWT |
| 881 | Trailer | SDI | DS222 | 1S9DS2222J5819014 | 2018 | 2 Axle Front Steerable Axle, Dual Tires 11:00 X 24, Adjustable Hitch, Air Brakes, Push Block Side Dump Pup Tub 35 Foot. The unit is in like new condition. | $ 39,500.00 | MK Weeden Construction Inc. | LWT |
| 882 | Trailer | SDI | DS473 | 819027 | 2017 | Triple Axle(w/ 3rd Lift) Side Dump Trailer, Either/Side Dump Option with Lock, 42.5 ' Tub, 11.00R-24.5 Tires. The unit is in like new condition. | $ 48,500.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 884 | | Trailer | SMITHCO | SX5 | 1S9SS49S3LL476214 | 2020 | Five Axle Side Dump, 3 Axle Supersingles, 385 X 65R X 22.5 Rubber Tires, 2 Steerable Lift Axles 11R X 22.5 Rubber Tires, Dump Either Side Options w/ Locks, Electric Tarp, Push Block, 40' Tub w/ AR 400 Liner Ride Suspension. The unit is in very good condition. | $ | 72,500.00 | MK Weeden Construction Inc. | LWT |
| 1532 | | Grizzly | Static Grizzly | 14X9 | 586902 | 2016 | Static Grizzly/Gray 14X9 Scale | $ | 18,000.00 | MK Weeden Construction Inc. | LWT |
| 1538 | | Scale | Cardinal Truck Scale | 10X70 | | 2005 | 70' X 10' scale, Digital Read Out with Printer. The unit is in very good condition. | $ | 25,000.00 | MK Weeden Construction Inc. | MTT |
| 1551 | | Trailer, Van | Great Dane | 7911TZ-1WA | GRAA0625TB130736 | 1996 | This is the Control Van for the Crushing Operation. The 545KW Generator Unit 20-09 is mounted in the van also. The unit is in good condition. | $ | 165,000.00 | MK Weeden Construction Inc. | LWT |
| 1575 | | Test Screen | Gilson | TS1 | N/A | U/K | Aggregate Testing Screen. The unit is in good condition. | $ | 1,500.00 | MK Weeden Construction Inc. | LWT |
| 1576 | | Sample Splitter | Gilson | SP1 | U/K | 2008 | Included in Lab Trailer | $ | - | MK Weeden Construction Inc. | LWT |
| 1577 | | Gravel Tester | Oahus | CQ25R11 | 0003246-6CJ | 2008 | Included in Lab Trailer | $ | - | MK Weeden Construction Inc. | LWT |
| 1710 | | Mower | Woods | BW180 | C1215206 | 2012 | 15' Batwing Mower, PTO Driven | $ | 14,500.00 | MK Weeden Construction Inc. | LWT |
| 1710 | A | Right Wing | | | R1215169 | | Included in item 17-10 | $ | - | MK Weeden Construction Inc. | LWT |
| 1710 | B | Left Wing | | | L1215138 | | Included in item 17-10 | $ | - | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|
| 1806 | Portable Light Plant | Terex/Amida | AL4000 | GYF-20139 | 2006 | Kubota Diesel Engine, 30' Light Tower, 4 Metal halide 1,000 Watt Lamps, 6.0 KW Brushless Generator, Winch to Raise & Lower, Mounted on a SA Carrier. The unit is in good condition. | $ 8,250.00 | MK Weeden Construction Inc. | LWT |
| 1807 | Portable Light Plant | Terex/Amida | AL4000 | GYF-20137 | 2006 | Kubota Diesel Engine, 30' Light Tower, 4 Metal halide 1,000 Watt Lamps, 6.0 KW Brushless Generator, Winch to Raise & Lower, Mounted on a SA Carrier. The unit is in good condition. | $ 8,250.00 | MK Weeden Construction Inc. | LWT |
| 1808 | Portable Light Plant | Terex/Amida | AL4000 | GYF-20140 | 2006 | Kubota Diesel Engine, 30' Light Tower, 4 Metal halide 1,000 Watt Lamps, 6.0 KW Brushless Generator, Winch to Raise & Lower, Mounted on a SA Carrier. The unit is in good condition. | $ 8,250.00 | MK Weeden Construction Inc. | LWT |
| 1809 | Portable Light Plant | Terex/Amida | AL4000 | GYF-23760 | 2006 | Kubota Diesel Engine, 30' Light Tower, 4 Metal halide 1,000 Watt Lamps, 6.0 KW Brushless Generator, Winch to Raise & Lower, Mounted on a SA Carrier. The unit is in good condition. | $ 8,250.00 | MK Weeden Construction Inc. | LWT |
| 1810 | Portable Light Plant | Terex/Amida | AL4000 | GYF-20144 | 2006 | Kubota Diesel Engine, 30' Light Tower, 4 Metal halide 1,000 Watt Lamps, 6.0 KW Brushless Generator, Winch to Raise & Lower, Mounted on a SA Carrier. The unit is in good condition. | $ 8,250.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 1850 | Portable Heater | Allmand | Maxi-Heat | 30MH01 | 2001 | Portable Ground Thawing System, Isuzu Diesel Engine, High Temperature & Low Oil Shut Down, Dual Beckett 500,000 BTU Burners, 6.5 KW Stamford 120V Generator, S/A Carrier. The unit is in good condition. | $ | 10,200.00 | MK Weeden Construction Inc. | LWT |
| 1851 | Radiant Heater | Dayton | Natural Gas | U/K | U/K | Included ea item 18-51 | $ | 1,200.00 | MK Weeden Construction Inc. | LWT |
| 1903 | Water Pump | Multi-Quip | QP202TH | 10020 | 1998 | Skid mounted 2" Portable Water Pump W/Honda 8 HP Gas Engine. The unit is in good condition | $ | 300.00 | MK Weeden Construction Inc. | LWT |
| 1904 | Water Pump | Multi-Quip | QP202TH | 10061 | 1998 | Skid mounted 2" Portable Water Pump W/Gas Engine. The unit is in good condition | $ | 300.00 | MK Weeden Construction Inc. | LWT |
| 1960 | Water Tank | U/K | 30'X10' | N/A | U/K | 30' X 10' 16,000 Gal Water Tank. The unit is in fair condition. | $ | 3,400.00 | MK Weeden Construction Inc. | LWT |
| 1964 | Water Pump | Honda | WP20X | GC01-4258364 | 2005 | Engine GX120 4hp | $ | 950.00 | MK Weeden Construction Inc. | LWT |
| 1965 | Pump | Cherne | 278-058 | 07B06-B | 2007 | Cherne Aqua-Lock Hydrostatic test Pump | $ | 2,400.00 | MK Weeden Construction Inc. | LWT |
| 1966 | Leak System Tester | Goldpak Pipe | 5600/777 | (See comments for s/n) | 2007 | Receiver SN# 665060, Detector SN# 0606072, Microphone SN# 701552 | $ | 2,900.00 | MK Weeden Construction Inc. | LWT |
| 1967 | Water Pump | Honda | 109170 | GCACK1021755 | 2006 | 3" H20 Pump, Honda Gas Engine: GX160 WKT2. The unit is in Good Condition. | $ | 1,175.00 | MK Weeden Construction Inc. | LWT |
| 1973 | Monitor | Multi-Gas | 1810-5437 | 903048342 | 2009 | Water Pressure Tester. The unit is in good condition. | $ | 1,450.00 | MK Weeden Construction Inc. | LWT |
| 1974 | Water Pump | Multi-Quip | QP-3TH | 3TH-12568 | U/K | 3" Portable Water Pump. The unit is in good condition. | $ | 1,450.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|
| 1975 | Fusion Machine | McElroy Rolling | 28 | 9150980 | U/K | To Fuse Poly Pipe from 2" to 6" Pipe. The unit is in good condition. | $ 13,600.00 | MK Weeden Construction Inc. | LWT |
| 1976 | Water Pump | Pacific | PTP30D | 2763 | 2011 | 3" Portable Water Pump. The unit is in good condition. | $ 1,200.00 | MK Weeden Construction Inc. | LWT |
| 1977 | Water Pump | Multi-Quip | U/K | 516573 | 2011 | 2" Portable Water Pump w/Float Switch | $ 750.00 | MK Weeden Construction Inc. | LWT |
| 1978 | Water Pump | Multi-Quip | QP-3TH | 3TH-20941 | 2012 | 3" Portable Water Pump, GX240 Honda Gas Engine | $ 2,400.00 | MK Weeden Construction Inc. | LWT |
| 1979 | Water Pump | Berkley | 3" | G060807 | 2014 | 3" Berkley Pump w/ TEFL Hengshui Motor. New. | $ 2,400.00 | MK Weeden Construction Inc. | LWT |
| 1980 | Water Pump | Gorman | 6"X6" | 1498580 | 2012 | 6" X 6" Gorman Rupp Portable water pump mounted on a tandem axle carrier Doetz Diesel Engine. This unit is in new condition. | $ 31,000.00 | MK Weeden Construction Inc. | LWT |
| 1984 | Water Pump | Godwin | CD100M | 1166612-7 | 2011 | Goodwin Dri Prime CD100M Diesel Pump with 4" 150# Flange Suction and Discharge. Yanmar 3TNV88BDSA-T3/4 A Diesel Engine. GP 30 highway trailer, 30 gal fuel tank with 100 gallon Auxiliary Fuel Tank. | $ 20,900.00 | MK Weeden Construction Inc. | LWT |
| 1985 | Water Pump | Godwin | CD100M | 1166066-3 | 2011 | Goodwin Dri Prime CD100M Diesel Pump with 4" 150# Flange Suction and Discharge. Yanmar 3TNV88BDSA-T3/4 A Diesel Engine. GP 30 highway trailer, 30 gal fuel tank with 100 gallon Auxiliary Fuel Tank. | $ 20,900.00 | MK Weeden Construction Inc. | LWT |
| 1987 | Water Pump | Honda | WB30KX2A | WACT-3154107 | 2017 | 3" Honda Pump 5.5HP. The unit is in very good condition. | $ 2,900.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|
| 1988 | Water Pump | Honda | WB20XT3A | GCBNT-1358717 | 2018 | 2" Honda Pump, Gas. The unit is in very good condition. | $ 1,950.00 | MK Weeden Construction Inc. | LWT |
| 1989 | Water Pump | Wacker | PT3A | 24347346 | 2017 | 3" Wacker Pump. The unit is in very good condition. | $ 2,900.00 | MK Weeden Construction Inc. | LWT |
| 1990 | Water Pump | Honda | WB30XK2A | WACT-3154108 | 2017 | 3" Honda Pump. The unit is in very good condition. | $ 2,900.00 | MK Weeden Construction Inc. | LWT |
| 1991 | Water Pump | Gorman | V4A60 | 1482375N | 2014 | 4024H Pump, 6" X 4" SSCF, Priming Centrifugal Pump, Auto Start, John Deere 4024H Diesel Engine, Fuel Tank, Single Axle Carrier. The unit is in very good condition. | $ 14,500.00 | MK Weeden Construction Inc. | LWT |
| 1992 | Water Pump | Gorman | V4A6A60C-2LE2T | 1649331 | 2018 | 6" X 6" Priming Assisted Centrifugal Pump w/ Auto Start, IS424 Diesel Engine, Fuel Tank, Sing Axle Carrier. The unit is in good condition. | $ 32,000.00 | MK Weeden Construction Inc. | LWT |
| 2001 | Generator | Honda | EG2500 | EG2500XK1A | 2001 | 2500 Watt Portable Generator w/Honda Gas Engine. The unit is in good condition | $ 1,150.00 | MK Weeden Construction Inc. | LWT |
| 2002 | Generator | Honda | EB5000 | GC05-30-8896 | 2001 | 5000 Watt Portable Generator w/Honda Gas Engine. 120/240 Single Phase. The unit is in good condition | $ 1,450.00 | MK Weeden Construction Inc. | LWT |
| 2004 | Generator | Honda | EU2000 | 4383 | 2003 | 2000 Watt Portable Generator w/Honda Gas Engine. The unit is in good condition | $ 725.00 | MK Weeden Construction Inc. | LWT |
| 2006 | Generator | Honda | ES6500 | 1301576 | U/K | 6500 Watt Honda Portable Generator, Honda Gas Engine. The unit is in good condition | $ 1,450.00 | MK Weeden Construction Inc. | LWT |
| 2007 | Generator | Honda | EU2000I | EAAJ-1397245 | 2006 | Honda Gas Engine. The unit is in good condition. | $ 1,200.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|
| 2009 | Generator | Caterpillar | 3412PKGC | 9EPO3979 | 2006 | 896 HP Cat 3412 V-12 Diesel Engine, Model SR4B 545 KW Generator s/n AGE 1428. The unit is the power for the crushing operation and it is mounted in a Great Dane control Unit (15-51). The unit is in very good condition. | $ 80,000.00 | MK Weeden Construction Inc. | LWT |
| 2011 | Generator | Honda | EU2000 | EZGA-1188968 | 2008 | 2000 Watt Portable Generator w/Honda Gas Engine. The unit is in very good condition | $ 1,200.00 | MK Weeden Construction Inc. | LWT |
| 2013 | Generator | Multi-Quip | DCA85 | 8400449 | 2006 | 85 KW Portable Generator, Diesel Powered, Mounted on a Bumper Trailer. The unit is in good condition. | $ 13,600.00 | MK Weeden Construction Inc. | LWT |
| 2014 | Generator | Titan | TG6500D | GDG07795 | 2008 | Portable Generator, Gas Engine. The unit is in good condition. | $ 5,800.00 | MK Weeden Construction Inc. | LWT |
| 2015 | Generator | Titan | TG7500D | MGG03334 | 2008 | Portable Generator, Gas Engine. The unit is in good condition. | $ 5,800.00 | MK Weeden Construction Inc. | LWT |
| 2016 | Generator | Homelite | 3500W | EX210D522517558 | 2009 | Portable Generator, Gas Engine. The unit is in good condition. | $ 2,100.00 | MK Weeden Construction Inc. | LWT |
| 2017 | Generator | Honda | EU1000IAN | EZGA-1194910 | 2009 | Portable Generator, Gas Engine. The unit is in good condition. | $ 730.00 | MK Weeden Construction Inc. | LWT |
| 2020 | Generator | Honda | EU1000IKN | EZGA-1227177 | 2010 | Portable Generator, Gas Engine. The unit is in good condition. | $ 730.00 | MK Weeden Construction Inc. | LWT |
| 2023 | Generator | Pacific | PG7500D | 5122 | 2011 | Portable Generator, Gas Engine. The unit is in good condition. | $ 6,300.00 | MK Weeden Construction Inc. | LWT |
| 2024 | Generator | Pacific | PG8500M | 5156 | 2011 | Portable Generator, Gas Engine. The unit is in good condition. | $ 6,300.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|
| 2027 | Generator | | XQ20 | OGBE00577 | 2010 | 20KW Generator mounted on Trailer, 4Cyl. Cat/ Perkins Diesel Engine, 205/75R-14 Tires | $ 19,400.00 | MK Weeden Construction Inc. | LWT |
| 2028 | Generator | | XQ20 | OGBE00587 | 2010 | 20KW Generator mounted on Trailer, 4Cyl. Cat/ Perkins Diesel Engine, 205/75R-14 Tires | $ 17,000.00 | MK Weeden Construction Inc. | LWT |
| 2029 | Generator | Honda | EU20001A1 | EAAJ-2365895 | 2012 | Portable Generator, Gas Engine. The unit is in good condition. | $ 730.00 | MK Weeden Construction Inc. | LWT |
| 2031 | Generator | Honda | EU20001A1 | EAAJ-2417930 | 2013 | Portable Generator, Gas Engine. The unit is in good condition. | $ 730.00 | MK Weeden Construction Inc. | LWT |
| 2035 | Generator | Honda | EU20001T1A1 | EACT1645675 | 2017 | Honda Generator. The unit is in very good condition. | $ 1,950.00 | MK Weeden Construction Inc. | LWT |
| 2036 | Generator | Honda | EU20001T1A1 | EACT1709016 | 2017 | Honda Generator. The unit is in very good condition. | $ 1,950.00 | MK Weeden Construction Inc. | LWT |
| 2037 | Generator | Honda | EU2000I | EACT1742953 | 2017 | Honda Generator. The unit is in very good condition. | $ 1,950.00 | MK Weeden Construction Inc. | LWT |
| 2038 | Generator | Rock River | 2000W | A1711002382 | 2018 | 2,000 watt gas generator. The unit is in good condition. | $ 1,000.00 | MK Weeden Construction Inc. | LWT |
| 2039 | Generator | Honda | EU2000ITA | EAMT-1238859 | 2019 | 2,000 watt gas generator. The unit is in very good condition. | $ 1,000.00 | MK Weeden Construction Inc. | LWT |
| 2040 | Generator | Terex | T280 | EG6081H259690 | 2006 | Diesel Engine, Fuel Tank, Tandem Axle. 280KW - 224 KW. The unit is in very good condition. | $ 15,000.00 | MK Weeden Construction Inc. | LWT |
| 2041 | Generator | Terex | T80-65KW | EOG-08865 | 2004 | Diesel Engine, Fuel Tank, Tandem Axle. 65KW. The unit is in very good condition. | $ 9,500.00 | MK Weeden Construction Inc. | LWT |
| 2042 | Generator | Atlas Copco | QAS45KD | HOP100366 | 2011 | Diesel Engine, Fuel Tank, Sing Axle. 45KW. The unit is in very good condition. | $ 17,500.00 | MK Weeden Construction Inc. | LWT |
| 2043 | | Multiquip | DCA-225SIU | 7107143 | | | $ 10,000.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|--------|------|------|-------|---------------|------|-------------|-----------------|-----------|----------|
| 2044 | | Multiquip | DCA25 | 3760831 | | | $ 10,000.00 | MK Weeden Construction Inc. | LWT |
| 2045 | | Multiquip | QAS25-HERTZ | HOP101012 | 2012 | | $ 15,000.00 | MK Weeden Construction Inc. | LWT |
| 2112 | Tamper | Mikasa | MTX70 | R-7363 | 2008 | Hand Held Jumping Jack Vibratory Tamper. The unit is in good condition. | $ 1,950.00 | MK Weeden Construction Inc. | LWT |
| 2113 | Tamper | Mikasa | MTX70 | R-7129 | 2008 | Hand Held Jumping Jack Vibratory Tamper. The unit is in good condition. | $ 1,950.00 | MK Weeden Construction Inc. | LWT |
| 2114 | Tamper | Mikasa | MTX70 | R-7121 | 2008 | Hand Held Jumping Jack Vibratory Tamper. The unit is in good condition. | $ 1,950.00 | MK Weeden Construction Inc. | LWT |
| 2116 | | Multiquip | MCV-82HW | D14258 | 2021 | | $ 3,000.00 | MK Weeden Construction Inc. | LWT |
| 2201 | Pressure Washer | Hotsy | U/K | H290360894 | 1995 | Portable Pressure Washer w/Hose Reel & Hand Held Lance. This unit is in good condition. | $ 1,700.00 | MK Weeden Construction Inc. | LWT |
| 2203 | Pressure Washer | Alkota | 5305A | 182599 | 1998 | Briggs & Stratton Gas Engine, Hose Reel, Hand Held Lance, 500 Gallon Water Tank. Mounted on a T/A H&H trailer. Unit is in good condition. | $ 3,200.00 | MK Weeden Construction Inc. | LWT |
| 2204 | Pressure Washer | Northern Tool | U/K | 0306 5821 | 2006 | Skid Mount, Honda 9 HP Gas Engine. The unit is in good condition. | $ 1,200.00 | MK Weeden Construction Inc. | LWT |
| 2205 | Pressure Washer | Shark | SGP-353037E | S0404-80367 | 2003 | Mounted on a TA Single Wheel DCT Trailer, Polly Water Tank, Honda Gas Engine. The unit is in good condition. | $ 6,000.00 | MK Weeden Construction Inc. | LWT |
| 2206 | Pressure Washer | Titan | TPW-2200 | ATP-023266 | 2008 | Included as item 22-06 | $ 4,850.00 | MK Weeden Construction Inc. | LWT |
| 2207 | Pressure Washer | Hydra-Tek | SC3005D | U/K | 2000 | Included as item 22-07 | $ 4,400.00 | MK Weeden Construction Inc. | LWT |
| 2209 | Pressure Washer | Alkota | 5231 LP | 253961 | 2009 | Included as item 22-09 | $ 8,200.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|---|
| 2210 | | Pressure Washer | Pacific | PPW2800 | 2153 | 2011 | Included as Item 22-10 | $ 2,400.00 | MK Weeden Construction Inc. | LWT |
| 2211 | | Pressure Washer | Karcher | HD40/36P | 102951 | 2011 | Included as item 22-11 | $ 3,400.00 | MK Weeden Construction Inc. | LWT |
| 2212 | | Sprayer | | LSS280 | | 2012 | Included pr item 22-12 | $ 1,450.00 | MK Weeden Construction Inc. | LWT |
| 2213 | | Pressure Washer | | PG4-2000 | 11070110-163025 | 2012 | 9HP Honda Pressure Washer | $ 2,700.00 | MK Weeden Construction Inc. | LWT |
| 2214 | | Pressure Washer | Hotsy | 1270SS | 11100570-163216 | 2018 | Hotsy 1270SS Pressure Washer, 4000 PSI, Gas Powered Hose Reel. The unit is in very good condition. | $ 6,500.00 | MK Weeden Construction Inc. | LWT |
| 2215 | | Pressure Washer | Generac | 6602 | T072001705010068 | 2018 | Portable, Gas Power, Steam Cleaner. The unit is in good condition. | $ 500.00 | MK Weeden Construction Inc. | LWT |
| 2216 | | | Landa | PGHW5-3500 | 11100450-104317 | 2022 | | $ 12,500.00 | MK Weeden Construction Inc. | LWT |
| 2217 | | | Landa | PGHW5-3500 | 11100450-104325 | 2022 | | $ 12,500.00 | MK Weeden Construction Inc. | LWT |
| 2301 | | Welder, Wire | Miller | Shopmaster | KF987650 | 1996 | 300 Amp Portable Welder w/Miller wire feeder s/n KF985614 for the shop. The unit is in good condition. | $ 2,900.00 | MK Weeden Construction Inc. | LWT |
| 2302 | A | Trailer | PJ | SA081 | 3CVSA081672107684 | 2007 | Tandem Axle Bumper Pull Car Hauler. The unit is in good condition | $ 2,700.00 | MK Weeden Construction Inc. | LWT |
| 2307 | | Dresser Air Compressor | Challenge | U/K | 4019X2053 | U/K | This unit is mounted on the 1700 International Tire Truck  unit 02-09 and the value will be included with the truck. The unit is in good condition. | $        - | MK Weeden Construction Inc. | LWT |
| 2308 | | Welder | Lincoln | R3R - 300 | AC512054 | U/K | Lincoln Idealarc 400 Amp Shop Welder. It is mounted on a roll around cart. The unit is in good condition | $ 2,200.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|
| 2309 | Welder | Lincoln | 175Pro | U10206181777 | 2002 | 175 Amp Shop Welder mounted on a roll around cart. The unit is in good condition. | $ 1,400.00 | MK Weeden Construction Inc. | LWT |
| 2310 | Wire Feed | Miller | Millermatic 210 | LC 080807 | U/K | Included ee item 23-10 | $ 3,400.00 | MK Weeden Construction Inc. | LWT |
| 2311 | Welder | Miller | S32P | LB14884 | U/K | 300 Amp Wire Feed Welder | $ 1,350.00 | MK Weeden Construction Inc. | LWT |
| 2312 | Welder | Miller | Big 40 | KF939391 | U/K | 400 Amp Wire Feed Welder | $ 1,650.00 | MK Weeden Construction Inc. | LWT |
| 2314 | Welder | Miller | 200 | JJ348169 | U/K | Wire Feed Welder | $ 2,500.00 | MK Weeden Construction Inc. | LWT |
| 2315 | Air Compressor | North Starr | U/K | 3063760 | 2006 | 8Gal Air Portable Compressor, 5 HP Honda Gas Engine. Unit is in good condition. | $ 1,100.00 | MK Weeden Construction Inc. | LWT |
| 2316 | Welder | Miller | Delta Weld 650 | JB500577 | U/K | Included el item 23-16 | $ 2,900.00 | MK Weeden Construction Inc. | LWT |
| 2317 | Air Compressor | Ingersoll Rand | BAP185 | 904811278 | 2003 | V6 John Deere Diesel Engine, 185 CFM Portable Air Compressor, S/A Carrier. The unit is in good condition | $ 7,600.00 | MK Weeden Construction Inc. | LWT |
| 2318 | Milling | RamCo | RAMIVS | 20450 | U/K | Milling Machine w/Tooling & Bits. The machine is in good condition | $ 7,800.00 | MK Weeden Construction Inc. | LWT |
| 2319 | Lathe | Summit | 9-4X80 | 5206 | U/K | Lathe w/Tooling & Bits, The unit is in good condition. | $ 12,000.00 | MK Weeden Construction Inc. | LWT |
| 2322 | Welder | Miller | Trailblazer 280NT | LB064554 | 1999 | Welder on (ST241) Price included with truck | $ - | MK Weeden Construction Inc. | LWT |
| 2323 | Welder | Lincoln | K2325-1 | U1070705081 | 2007 | 575 AMP AIR PAC on (ST231) Price included with truck | $ - | MK Weeden Construction Inc. | LWT |
| 2324 | Band saw | 8' X 14" Horiz Jet | HBS-814GH | 7110432 | 2008 | Included an item 23-24 | $ 1,350.00 | MK Weeden Construction Inc. | LWT |
| 2325 | Plasma Cutter | Thermal Dynamics | Cutmaster 101 | 2764872 | 2004 | 230 Volt Portable Plasma Cutter . The unit is in good condition. | $ 1,350.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|
| 2327 | Boring Bar | TM-8X | N/A | N/A | U/K | Boring Bar complete with attachments. Unit is in good condition. | $ 38,800.00 | MK Weeden Construction Inc. | LWT |
| 2328 | Track Torch | Bug-O-System | GAFERIII-HS | 9612-03418 | 1996 | Included or item 23-28 | $ 1,650.00 | MK Weeden Construction Inc. | LWT |
| 2329 | Welder | Miller | Big 40 | 907170031 | 2008 | 500 AMP Portable Welder Mounted on unit 02-11 | $ - | MK Weeden Construction Inc. | LWT |
| 2330 | Air Compressor | Sullair | 185CFM | 2.00702E+11 | 2007 | 185 CFM Portable Air Compressor mounted on SA Carrier, Perkins Diesel Engine, Gladhands. The unit is in good condition. | $ 4,800.00 | MK Weeden Construction Inc. | LWT |
| 2331 | Welder | Miller | S-32P | LB250933 | 2007 | Included el item 23-31 | $ 2,400.00 | MK Weeden Construction Inc. | LWT |
| 2332 | Air Compressor | Titan | TAC-2T | 13288 | 2007 | Included om item 23-32 | $ 2,750.00 | MK Weeden Construction Inc. | LWT |
| 2333 | Air Compressor | Napa | 82-309-HBT | 65188 | 2006 | Included om item 23-33 | $ 600.00 | MK Weeden Construction Inc. | LWT |
| 2334 | Welder | Miller | X-Trim | LK470056V | 2010 | Included el item 23-34 | $ 1,700.00 | MK Weeden Construction Inc. | LWT |
| 2335 | Welder | Miller | XMT350 | LF112982 | 2011 | Included el item 23-35 | $ 2,250.00 | MK Weeden Construction Inc. | LWT |
| 2336 | Air Compressor | Pacific | PAC-2T | 4977 | 2011 | Included om item 23-36 | $ 2,500.00 | MK Weeden Construction Inc. | LWT |
| 2337 | Air Compressor | Honda | Curtis 13HP | EA9300386 | 2011 | Included om item 23-37 | $ 2,500.00 | MK Weeden Construction Inc. | LWT |
| 2338 | Air Compressor | Miller | TRLBLZR302 | MD030442R | 2013 | Included om item 23-38 | $ 3,500.00 | MK Weeden Construction Inc. | LWT |
| 2339 | Welder | Ranger | 225 | U1130700904 | 2013 | Included el item 23-39 | $ 4,500.00 | MK Weeden Construction Inc. | LWT |
| 2340 | Welder | Miller | SYNCROWAVE 250 | KJ150179 | 1998 | Good Condition | $ 3,000.00 | MK Weeden Construction Inc. | LWT |
| 2341 | Welder | Miller | Trailblazer 325ef1 | ME100306R | 2015 | New Condition | $ 5,500.00 | MK Weeden Construction Inc. | LWT |
| 2342 | Welder | Lincoln | 305 | U1180705107 | 2018 | This unit is mounted in the Ford F-750 Service Truck unit 02-90. Lincoln Ranger 305 Amp, Gas Engine. The unit is in good condition. | $ 5,000.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|
| 2401 | Forklift | Caterpillar | V60E | 77X1790 | 1988 | 8,000 LB. Capacity. Propane Powered, 48" Hydraulic Shift Carriage, 48" Forks. The unit is in good condition. | $ 9,700.00 | MK Weeden Construction Inc. | LWT |
| 2604 | ATV | Red Rancher | Honda | 1HFTE29OX74300764 | 2007 | ATV, 450 CC Gas Engine, Auto Shift Transmission, 4X4, Racks. The unit is in good condition | $ 5,000.00 | MK Weeden Construction Inc. | LWT |
| 2701 | Fuel Tank | U/K | N/A | N/A | U/K | 6,000 Gal. Diesel Fuel Tank w/Pump and Honda Gas Engine, Skid mounted. The unit is in good condition. | $ 3,000.00 | MK Weeden Construction Inc. | LWT |
| 2704 | Fuel Tank | U/K | N/A | N/A | U/K | 1,000 Gal Fuel Tank w/Electric Pump | $ 1,000.00 | MK Weeden Construction Inc. | LWT |
| 2706 | Fuel Tank | U/K | N/A | N/A | U/K | 4,000 Gal Fuel Tank w/Electric Pump & Meter, Skid Mounted. The unit is in good condition. | $ 3,000.00 | MK Weeden Construction Inc. | LWT |
| 2707 | Fuel Tank | U/K | N/A | N/A | U/K | 30,000 Gal Fuel Storage Tank. The unit is in fair condition. | $ 5,000.00 | MK Weeden Construction Inc. | LWT |
| 2725 | Fuel Tank | U/K | N/A | N/A | U/K | Four (4) 500 Gal Fuel Tanks w/Pump, Skid Mounted. The unit is in good condition. | $ 5,000.00 | MK Weeden Construction Inc. | LWT |
| 2726 | Lube Tanks | U/K | N/A | N/A | U/K | Two (2) 250 Gal. and Two (2) 500 Gal. Lube Tanks w/Air Pump. The unit is in good condition. | $ 2,500.00 | MK Weeden Construction Inc. | LWT |
| 2727 | Waste Oil Tank | U/K | N/A | N/A | U/K | Skid Mounted 1,000 Gal. Waste Oil Tank. The unit is in fair condition. | $ 500.00 | MK Weeden Construction Inc. | LWT |
| 2728 | Waste Oil Tank | U/K | N/A | N/A | U/K | Skid Mounted 1,000 Gal. Waste Oil Tank. The unit is in fair condition. | $ 500.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|--------|------|------|-------|---------------|------|-------------|-----------------|-----------|----------|
| 2730 | Fuel Tank | U/K | N/A | N/A | U/K | Skid Mounted 12,000 Gal. Diesel Tank. The unit is in good condition. | $ 6,500.00 | MK Weeden Construction Inc. | LWT |
| 2732 | Fuel Tank | Shop Built | N/A | S8871W | 1968 | 8,000 Gal Tank | $ 9,500.00 | MK Weeden Construction Inc. | LWT |
| 2733 | Trailer, Fuel & Lube | Prairie | U/K | 1P9CS162W1199879 | 1998 | T/A Fuel & Lube Trailer, 1000 Gal. Diesel Tank, 5 Products w/Hose & reels, IR Air Compressor | $ 8,000.00 | MK Weeden Construction Inc. | LWT |
| 2734 | Trailer, Fuel & Lube | Shop Made | N/A | 8040W | 1965 | Two 5000 gal Diesel Tanks, One 2500 gal Clear Diesel Tank, HP Honda Gas Engine, Pump, Meter and Filter Hose, T/A Carrier, 10:00 X 20 Tires. This unit is in good Condition. | $ 9,700.00 | MK Weeden Construction Inc. | LWT |
| 2737 | Fuel Tank | U/K | 500 Gallon | U/K | U/K | Mounted on Trailer 27-32 | $ 1,800.00 | MK Weeden Construction Inc. | LWT |
| 2738 | Fuel Tank | U/K | 2000 Gallon | 40636 | 2011 | 2000Gal Fuel Tank with MP-700 Fuel Pump & Meter | $ 3,500.00 | MK Weeden Construction Inc. | LWT |
| 2740 | Trailer | Flatbed | Lube Trailer | 4GBS12223731005111 | 2003 | Custom lube trailer with 4 55 gallon product tanks and air compressor. | $ 5,500.00 | MK Weeden Construction Inc. | LWT |
| 2747 | Fuel Tank | U/K | 100 Gallon | | 2015 | Custom built 100 gallon auxiliary diesel tank for water pump. | $ 1,000.00 | MK Weeden Construction Inc. | LWT |
| 2748 | Fuel Tank | U/K | 100 Gallon | | 2015 | Custom built 100 gallon auxiliary diesel tank for water pump. | $ 1,000.00 | MK Weeden Construction Inc. | LWT |
| 2749 | Fuel Tank | Eaton | 2000 Gallon | | 2013 | Eaton 2000 gallon fuel tank. | $ 2,500.00 | MK Weeden Construction Inc. | LWT |
| 2750 | Fuel Tank | Eaton | 500 Gallon | | 2018 | 500 Gal Skid Mounted Fuel Tank with 12 Volt Pump. The unit is in good condition. | $ 1,500.00 | MK Weeden Construction Inc. | LWT |
| 2751 | Fuel Tank | 800 Gallon | 990TL | 1889 | 2018 | 800 Gal Fuel Tank, Tandem Axle Trailer Mounted Tank, Tool Box. | $ 7,500.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|
| 2752 | Fuel Tank | Hoidale | 10,000 Gallon | B41343655 | 2020 | 10,000 Gal. Double Lined Fuel Tank, 2" Honda Gas Powered Pump w/ Meter, 110V Eltric 1" Pump w/ Meter, Skid Mounted. The unit is in like new condition. | $ 3,000.00 | MK Weeden Construction Inc. | LWT |
| 2901 | Hose Press | Cat | 823 | Machine Group 150-2568 | U/K | | $ 8,500.00 | MK Weeden Construction Inc. | LWT |
| 2902 | Hose Press | Cat | 805 | Machine Group 150-2568 | U/K | | $ 8,500.00 | MK Weeden Construction Inc. | LWT |
| 2903 | Hose Press | Cat | 804 | Machine Group 150-2568 | U/K | | $ 8,750.00 | MK Weeden Construction Inc. | LWT |
| 2904 | Hose Press | Cat | 823 | Machine Group 150-2568 | U/K | | $ 7,850.00 | MK Weeden Construction Inc. | LWT |
| 2905 | Power Crimper | Gates | PC700 | U/K | U/K | Power Crimper Hose Press (8-23) | $ 4,500.00 | MK Weeden Construction Inc. | LWT |
| 3001 | Trailer, Office | Commercial Group West | 8'X30' | CG0022 | 2001 | | $ 4,650.00 | MK Weeden Construction Inc. | LWT |
| 3002 | Trailer, Lab | Cavco | WS3210 | RVCOM9961712 | 1996 | | $ 25,700.00 | MK Weeden Construction Inc. | LWT |
| 3003 | Trailer, Test | Welco | 8' X 28' | 1WC200L1XV4030567 | 1997 | | $ 27,200.00 | MK Weeden Construction Inc. | LWT |
| 3006 | Trailer | Conex | 8' X 40' | 3 DOOR / GRAY | | | $ 3,500.00 | MK Weeden Construction Inc. | LWT |
| 3007 | Trailer | Conex | 8' X 40' | 3 DOOR / GRAY | | | $ 3,500.00 | MK Weeden Construction Inc. | LWT |
| 3008 | Trailer | | 8' X 20' | Yellow | | | $ 2,500.00 | MK Weeden Construction Inc. | LWT |
| 3009 | Trailer | | 8' X 20' | Yellow | | | $ 2,500.00 | MK Weeden Construction Inc. | LWT |
| 3010 | Trailer | | 8' X 20' | FAMU8201236 | | Conex storage gray container 8' X 20'. | $ 3,000.00 | MK Weeden Construction Inc. | LWT |
| 3011 | Trailer | | 8' X 20' | FAMU8200630 | | Conex storage gray container 8' X 20'. | $ 3,000.00 | MK Weeden Construction Inc. | LWT |
| 3012 | | Conex | 8' X 20' | 319886 | | | $ 6,000.00 | MK Weeden Construction Inc. | LWT |
| 3013 | | Conex | 8' X 20' | 2803570 | | | $ 6,000.00 | MK Weeden Construction Inc. | LWT |
| 4008 | Laser, Pipe | Ridge Line | SR-60 | 221-06493 | | Ridge line locator. | $ 3,500.00 | MK Weeden Construction Inc. | LWT |
| 4054 | Laser, Sensor | Topcon | LS-B110W | 9F0647 | 2011 | Slope sensor | $ 3,500.00 | MK Weeden Construction Inc. | LWT |
| 4055 | Laser, Sensor | Topcon | TC4100VW | 557-01229 | 2012 | Slope sensor | $ 3,500.00 | MK Weeden Construction Inc. | LWT |

| CO ID# | | KIND | MAKE | MODEL | SERIAL NUMBER | YEAR | DESCRIPTION | ESTIMATED VALUE | | Ownership | Location |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4058 | | Survey Equip | Topcon | Slope Sensor Wide Band | 557-02326 | 2014 | New Condition | $ | 3,000.00 | MK Weeden Construction Inc. | LWT |
| 4059 | | Survey Equip | Topcon | | | 2014 | Rotating Lasor - MJ4008, Lasor Sensor - 9F1633, Wireless Remote - 9N1357. Like new condition | $ | 4,500.00 | MK Weeden Construction Inc. | LWT |
| 4060 | | Laser, Sensor | Topcon | 4503-KT | 557-02415 | 2014 | Machine control system. The unit is in like new condition. | $ | 45,600.00 | MK Weeden Construction Inc. | LWT |
| 4060 | A | Control Box | Topcon | 9000T | 1205-12608 | 2015 | Included in 40-60 | $ | - | MK Weeden Construction Inc. | LWT |
| 4060 | B | Control Box | Topcon | 9908-0022 | 1175-10708 | 2014 | Included in 40-60 | $ | - | MK Weeden Construction Inc. | LWT |
| 4061 | | Laser, Sensor | Topcon | 4503-KT | 557-02838 | 2015 | Machine control system. The unit is in like new condition. | $ | 45,600.00 | MK Weeden Construction Inc. | LWT |
| 4061 | A | Control Box | Topcon | 9000T | 1205-12583 | 2015 | Included in 40-61 | $ | - | MK Weeden Construction Inc. | LWT |
| 4061 | B | Control Box | Topcon | 9908-0022 | 1175-10292 | 2013 | Included in 40-61 | $ | - | MK Weeden Construction Inc. | LWT |
| 500102 | | GPS System | Topcon | Legacy | 340-0128 | 2006 | L. R. Base Station (Receiver) | $ | 72,500.00 | MK Weeden Construction Inc. | LWT |
| 500202 | | GPS System | Base Station Receiver | Legacy | 340-0795 | 2006 | Price included with 50-02 | $ | - | MK Weeden Construction Inc. | LWT |
| 500203 | | GPS System | 3D Rover & Hipper | U/K | 251-2297 | 2006 | Price included with 50-02 | $ | - | MK Weeden Construction Inc. | LWT |
| 500204 | | GPS System | 256MB Data Col | FC100 | 725-977 | 2006 | Price included with 50-02 | $ | - | MK Weeden Construction Inc. | LWT |
| 500205 | | GPS System | GPS & Machine Add on | U/K | 0449-1003 | 2006 | GGD PDL, Price included with 50-02 | $ | - | MK Weeden Construction Inc. | LWT |
| 500206 | | Survey Equip | Satel USA | YM6803 | 130900144 | 2013 | This was added to 50-02 | $ | 2,500.00 | MK Weeden Construction Inc. | LWT |
| | | | | | | | | $ | 5,175,120.00 | | |

**Fill in this information to identify the case:**

Debtor name    M.K. Weeden Construction, Inc.

United States Bankruptcy Court for the:    DISTRICT OF MONTANA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | Arnold Machinery Company | **Describe debtor's property that is subject to a lien** | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

dba General Implement
Distributors
PO Box 30020
Salt Lake City, UT 84130

Creditor's mailing address

**Describe the lien**
UCC-1 Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed |
|---|---|

| 2.2 | Bravera Bank | **Describe debtor's property that is subject to a lien**<br>See Attached Equipment List. | $4,950,899.20 | $5,175,120.00 |
|---|---|---|---|---|

Creditor's Name

401 N. 4th Street
Bismarck, ND 58501

Creditor's mailing address

**Describe the lien**
UCC-1 Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

1. Bravera Bank
2. First Bank of Montana

---

| 2.3 | **Caterpillar Financial Services Corp.** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $207,920.00 | $0.00 |

2120 West End Avenue
Nashville, TN 37203
Creditor's mailing address

**Describe the lien**
UCC-1 Security Interest

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

---

| 2.4 | First Bank of Montana | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | $10,971,921.21 | $5,175,120.00 |
| | | See Attached Equipment List. | | |

P.O. Box 540
Lewistown, MT 59457
Creditor's mailing address

**Describe the lien**
UCC-1 Security Interest

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.2

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Komatsu Financial Limited Partnership** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

1701 Golf Road, Ste. 1-300
Rolling Meadows, IL 60008
Creditor's mailing address

**Describe the lien**
UCC-1 Security Interest

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent |
| | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.6 | RDO Equipment Co. | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's Name

700 7th Street South
Fargo, ND 58103

Creditor's mailing address

**Describe the lien**
UCC-1 Security Interest

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☒ Unliquidated |
| | ☒ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $16,130,740.41 |
|---|---|---|

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name   M.K. Weeden Construction, Inc.

United States Bankruptcy Court for the:   DISTRICT OF MONTANA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $31,302.77 | Unknown |
|  | Date or dates debt was incurred | Basis for the claim:<br>Taxing Authority |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>Montana Department of Revenue<br>PO Box 7701<br>Helena, MT 59604 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|  | Date or dates debt was incurred | Basis for the claim:<br>Taxing Authority |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>Applied Industrial Tech<br>22510 Network Place<br>Chicago, IL 60673 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,653.57 |
|  | **Date(s) debt was incurred** _ |  |  |
|  | **Last 4 digits of account number** _ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No    ☐ Yes |  |

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,587.00 |
|---|---|---|---|
| | Archie Cochrane Ford | ☐ Contingent | |
| | PO Box 80605 | ☐ Unliquidated | |
| | Billings, MT 59102 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,723.23 |
|---|---|---|---|
| | Arnold Machinery Company | ☐ Contingent | |
| | PO Box 30020 | ☐ Unliquidated | |
| | Salt Lake City, UT 84130 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $93,501.00 |
|---|---|---|---|
| | ARU SPC obo Pillar SP | | |
| | Attn: Noel Malabanan | | |
| | 1834 Walden Office Square, Ste. 350 | ☐ Contingent | |
| | Schaumburg, IL 60173 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,398.04 |
|---|---|---|---|
| | Billings Construction Company | ☐ Contingent | |
| | 5514 King Avenue E. | ☐ Unliquidated | |
| | Billings, MT 59101 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,260.35 |
|---|---|---|---|
| | Capital One Bank | ☐ Contingent | |
| | PO Box 60519 | ☐ Unliquidated | |
| | City of Industry, CA 91716 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $93,565.11 |
|---|---|---|---|
| | CAT Financial CAT Card | ☐ Contingent | |
| | PO Box 735638 | ☐ Unliquidated | |
| | Dallas, TX 75373 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $38,029.62 |
|---|---|---|---|
| | Caterpillar Financial | ☐ Contingent | |
| | PO Box 100647 | ☐ Unliquidated | |
| | Pasadena, CA 91189 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,617.74 |
|---|---|---|---|
| | Class C Solutions Group | ☐ Contingent | |
| | PO Box 78845 | ☐ Unliquidated | |
| | Milwaukee, WI 53278 | ☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

4:25-bk-40100-BPH   Doc#: 1   Filed: 12/11/25   Page 54 of 79

**3.10**

**Nonpriority creditor's name and mailing address**
Employers Mutual Casualty
c/o The Hustead Law Firm
4643 S. Ulster Street, Ste. 1250
Denver, CO 80237

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,700,000.00

---

**3.11**

**Nonpriority creditor's name and mailing address**
Ezzie's Wholesale Inc.
c/o Oliver Urick
PO Box 556
Stanford, MT 59479

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$270,000.00

---

**3.12**

**Nonpriority creditor's name and mailing address**
First Insurance Funding
PO Box 7000
Carol Stream, IL 60197

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$89,360.54

---

**3.13**

**Nonpriority creditor's name and mailing address**
Hose & Rubber Supply Inc.
PO Box 158
Randolph, UT 84064

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$3,045.69

---

**3.14**

**Nonpriority creditor's name and mailing address**
John Thomas Inc.
1560 Lovett Drive
Dixon, IL 61021

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$33,916.83

---

**3.15**

**Nonpriority creditor's name and mailing address**
Ken Cunningham
2466 S. 28 Road
Ballantine, MT 59006

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$23,040.99

---

**3.16**

**Nonpriority creditor's name and mailing address**
Mader Corporation
2720 Council Tree Avenue
Suite 200
Fort Collins, CO 80525

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgment

Is the claim subject to offset? ☒ No ☐ Yes

Unknown

---

**3.17**

**Nonpriority creditor's name and mailing address**
Marsh McLennan Agency
501 N. Riverpoint Blvd., Ste. 403
Spokane, WA 99202

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$97,119.23

---

4:25-bk-40100-BPH   Doc#: 1   Filed: 12/11/25   Page 55 of 79

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | MK Equipment Co. LLC<br>383 Whitetail Drive<br>Lewistown, MT 59457 | ☐ Contingent<br>☒ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☒ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $684,980.56 |
|---|---|---|---|
| | Modern Machinery Co., Inc.<br>PO Box 16660<br>Missoula, MT 59806 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,450.00 |
|---|---|---|---|
| | Montana DEQ<br>Attn: Financial Services Office<br>PO Box 200901<br>Helena, MT 59620 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220,000.00 |
|---|---|---|---|
| | Moore Farmers Oil Company<br>c/o Oliver J. Urick<br>PO Box 556<br>Stanford, MT 59479 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $183,305.28 |
|---|---|---|---|
| | Mountainview Co-Op<br>1030 Montana Avenue NE<br>Black Eagle, MT 59414 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $556,714.30 |
|---|---|---|---|
| | Paynewest Insurance Inc.<br>PO Box 4386<br>Missoula, MT 59806 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,218.28 |
|---|---|---|---|
| | PRB Oil Company<br>PO Box 506<br>Blackfoot, ID 83221 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,196.80 |
|---|---|---|---|
| | Rinker Materials<br>PO Box 936217<br>Atlanta, GA 31193 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $22,841.31 |
|---|---|---|---|

Stage Stop Inn
2167 N. Main Street
Sheridan, WY 82801

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $360,400.86 |
|---|---|---|---|

Tractor and Equipment Co., Inc.
c/o Alex W. Hamman
2075 Central Avenue, Ste. 4
Billings, MT 59102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,337,452.86 |
|---|---|---|---|

Varilease Finance Inc/VFI ABS 2022-1 LLC

2800 E. Cottonwood Pkwy., 2nd Floor
Salt Lake City, UT 84121

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $184,039.95 |
|---|---|---|---|

Western States Equipment Co.
PO Box 3805
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,469.49 |
|---|---|---|---|

Wyoming Electric Inc.
15 Gable Way
Sheridan, WY 82801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $404,736.72 |
|---|---|---|---|

Wyoming Machinery Company
PO Box 2335
Casper, WY 82602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | Daniel S. Morgan<br>Morgan Law Offices<br>PO Box 7638<br>Missoula, MT 59807 | Line _3.34_<br>☐ Not listed. Explain ____ | _ |

| Debtor | M.K. Weeden Construction, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | Hamilton Platt<br>Boone Karlberg P.C.<br>201 West Main Street, Ste. 300<br>Missoula, MT 59807 | Line 3.22<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Randall C. Lester<br>Falcon Lester and Schaff P.C.<br>PO Box 149<br>Great Falls, MT 59403 | Line 3.25<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Robert Johnson<br>Tucker Albin and Associates<br>1702 N. Collins Blvd., Ste. 200<br>Fort Collins, CO 80525 | Line 3.18<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 31,302.77 |
| 5b. Total claims from Part 2 | 5b. + | $ | 7,516,625.35 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 7,547,928.12 |

Fill in this information to identify the case:

Debtor name    M.K. Weeden Construction, Inc.

United States Bankruptcy Court for the:    DISTRICT OF MONTANA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    Four trucks | |
| State the term remaining | |
| List the contract number of any government contract | Ford Motor Credit<br>PO Box 650573<br>Dallas, TX 75265 |

Debtor name     M.K. Weeden Construction, Inc.

United States Bankruptcy Court for the:     DISTRICT OF MONTANA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Julie Weeden | 383 Whitetail Drive<br>Lewistown, MT 59457 | Employers Mutual Casualty | ☐ D _____<br>☒ E/F ___3.11___<br>☐ G _____ |
| 2.2 | MK Equipment Co. LLC | 383 Whitetail Drive<br>Lewistown, MT 59457 | Bravera Bank | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | MK Equipment Co. LLC | 383 Whitetail Drive<br>Lewistown, MT 59457 | First Bank of Montana | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | MK Equipment Co. LLC | 383 Whitetail Drive<br>Lewistown, MT 59457 | Employers Mutual Casualty | ☐ D _____<br>☒ E/F ___3.11___<br>☐ G _____ |
| 2.5 | MK Equipment Co. LLC | 383 Whitetail Drive<br>Lewistown, MT 59457 | Komatsu Financial Limited Partnership | ☒ D ___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | MK Equipment Co. LLC | 383 Whitetail Drive<br>Lewistown, MT 59457 | Varilease Finance Inc/VFI ABS 2022-1 LLC | ☐ D _____<br>☒ E/F ___3.34___<br>☐ G _____ |

4:25-bk-40100-BPH    Doc#: 1    Filed: 12/11/25    Page 60 of 79

| Debtor | M.K. Weeden Construction, Inc. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.7 | Monte K. Weeden | 383 Whitetail Drive<br>Lewistown, MT 59457 | Bravera Bank | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Monte K. Weeden | 383 Whitetail Drive<br>Lewistown, MT 59457 | First Bank of Montana | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Monte K. Weeden | 383 Whitetail Drive<br>Lewistown, MT 59457 | Employers Mutual<br>Casualty | ☐ D _____<br>☒ E/F ___3.11___<br>☐ G _____ |
| 2.10 | Monte K. Weeden | 383 Whitetail Drive<br>Lewistown, MT 59457 | Capital One Bank | ☐ D _____<br>☒ E/F ___3.6___<br>☐ G _____ |
| 2.11 | Monte K. Weeden | 383 Whitetail Drive<br>Lewistown, MT 59457 | Mountainview Co-Op | ☐ D _____<br>☒ E/F ___3.25___<br>☐ G _____ |
| 2.12 | Monte K. Weeden | 383 Whitetail Drive<br>Lewistown, MT 59457 | Tractor and Equipment<br>Co., Inc. | ☐ D _____<br>☒ E/F ___3.33___<br>☐ G _____ |
| 2.13 | Monte K. Weeden | 383 Whitetail Drive<br>Lewistown, MT 59457 | Modern Machinery<br>Co., Inc. | ☐ D _____<br>☒ E/F ___3.22___<br>☐ G _____ |
| 2.14 | Monte K. Weeden | 383 Whitetail Drive<br>Lewistown, MT 59457 | Moore Farmers Oil<br>Company | ☐ D _____<br>☒ E/F ___3.24___<br>☐ G _____ |
| 2.15 | Monte K. Weeden | 383 Whitetail Drive<br>Lewistown, MT 59457 | Ezzie's Wholesale Inc. | ☐ D _____<br>☒ E/F ___3.12___<br>☐ G _____ |
| 2.16 | Monte K. Weeden | 383 Whitetail Drive<br>Lewistown, MT 59457 | Varilease Finance<br>Inc/VFI ABS 2022-1<br>LLC | ☐ D _____<br>☒ E/F ___3.34___<br>☐ G _____ |

4:25-bk-40100-BPH   Doc#: 1   Filed: 12/11/25   Page 61 of 79

| Debtor | M.K. Weeden Construction, Inc. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.17 | Weeden Construction LLC | PO Box 1164<br>Lewistown, MT 59457 | Bravera Bank | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Weeden Construction LLC | PO Box 1164<br>Lewistown, MT 59457 | Employers Mutual Casualty | ☐ D _____<br>☒ E/F ___3.11___<br>☐ G _____ |
| 2.19 | Weeden Construction LLC | PO Box 1164<br>Lewistown, MT 59457 | Moore Farmers Oil Company | ☐ D _____<br>☒ E/F ___3.24___<br>☐ G _____ |
| 2.20 | Weeden Construction LLC | PO Box 1164<br>Lewistown, MT 59457 | Varilease Finance Inc/VFI ABS 2022-1 LLC | ☐ D _____<br>☒ E/F ___3.34___<br>☐ G _____ |
| 2.21 | Weeden Ranch LLC | 838 Whitetail Drive<br>Lewistown, MT 59457 | First Bank of Montana | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.22 | Weeden Ranch LLC | 838 Whitetail Drive<br>Lewistown, MT 59457 | Employers Mutual Casualty | ☐ D _____<br>☒ E/F ___3.11___<br>☐ G _____ |
| 2.23 | Weeden Ranch LLC | PO Box 1164<br>Lewistown, MT 59457 | Bravera Bank | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | WMK Holding LLC | PO Box 1164<br>Lewistown, MT 59457 | Bravera Bank | ☒ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | WMK Holding LLC | PO Box 1164<br>Lewistown, MT 59457 | First Bank of Montana | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | WMK Holding LLC | PO Box 1164<br>Lewistown, MT 59457 | Employers Mutual Casualty | ☐ D _____<br>☒ E/F ___3.11___<br>☐ G _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

Debtor name    M.K. Weeden Construction, Inc.

United States Bankruptcy Court for the:   DISTRICT OF MONTANA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $0.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other _____ | $4,358,244.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other _____ | $18,146,060.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | Equipment sales | $32,500.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | Equipment sales | $1,377,789.00 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | Equipment sales | $5,193,884.00 |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☒ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|-----------------------------|-------|-----------------------|-----------------------------------------------------------|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|------------------------------------------------------|-------|-----------------------|----------------------------------|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|-----------------------------|--------------------------|------|-------------------|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|-----------------------------|------------------------------------------|-----------------------|--------|

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---------------------------|----------------|------------------------------------|----------------|
| 7.1. | Ezzie's Wholesale, Inc. v. MK Weeden Construction, Inc. and Monte Weeden | Collection | Montana Tenth Judicial District Court, Fergus County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Choteau Stage Stop Inn v. MK Weeden Construction, Inc. and Monte Weeden<br>DV-24-014 | Collection | Montana Ninth Judicial District Court, Teton County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Mountain View Co-Op, Inc. v. MK Weeden Construction, Inc. and Monte Weeden<br>DV-2024-28 | Collection | Montana Tenth Judicial District Court, Fergus County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | Tractor and Equipment Co., Inc. v. MK Weeden Construction, Inc. and Monte Weeden<br>DV-2023-38 | Collection | Montana Tenth Judicial District Court, Fergus County | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.5. | Western States Equipment Company v. MK Weeden Construction, Inc. and Monte Weeden<br>Unknown | Collection | Montana Tenth Judicial District Court, Fergus County | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.6. | Modern Machinery v. MK Weeden Construction, Inc. and Monte Weeden<br>DV-26-2024-446 | Collection | Montana Thirteenth Judicial District Court, Yellowstone County | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Employers Mutual Casualty Company v. MK Weeden Construction, Inc.; MK Equipment Co., LLC; Weeden Construction, LLC; Monte K. Weeden and Julie A. Weeden<br>CV-24-112-BLG-TJC | Civil | U.S. District Court, District of Montana<br>2601 2nd Avenue N., Suite 1200<br>Billings, MT 59101 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Mader Corporation v. M.K. Weeden Construction Inc.<br>CV-23-75-GF | | U.S. District Court for the District of Montana | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.9. | First Bank of Montana vs. MK Weeden Construction Inc, MK Equipment Co LLC, Weeden Ranch LLC, Stockman Bank, John Seibel, Basin State Bank & Central Montana Stockyards, Inc.<br>DV-2025-12 | | Montana Tenth Judicial District Court<br>Lewistown, MT 59457 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | DBS Law<br>819 Virginia Street, Suite C-2<br>Seattle, WA 98101 | | 10/21/2025 | $150,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | DBS Law<br>819 Virginia Street, Suite C2<br>Seattle, WA 98101 | | 12/10/2025 | $25,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

4:25-bk-40100-BPH    Doc#: 1    Filed: 12/11/25    Page 66 of 79

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Tyler & Sophie Weeden 705 W. Evelyn Street Lewistown, MT 59457 | 705 W. Evelyn Street, Lewistown MT sold for market value | 1/9/2024 | $225,000.00 |
| | **Relationship to debtor** Family | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If   debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

       ☐ No Go to Part 10.
       ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| M.K.   Weeden Construction Inc. 401(K) Retirement Plan | EIN:   81-0495272 |

       Has the plan been terminated?
       ☒ No
       ☐ Yes

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | First Bank of Montana<br>224 W. Main Street<br>Lewistown, MT 59457 | XXXX-2677 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | June 2025 | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Gas Hills Mine | Near Riverton, WY | Equipment on scheduled B listed with "GH" are located at mine site | ☐ No<br>☒ Yes |
| Spring Creek Mine Site | Near Decker, MT | Equipment listed on Schedule B with "SCC" are located at mine site | ☐ No<br>☒ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒  None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐  None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Matthew J. Schafer, CPA<br>1500 Poly Drive, Suite 111<br>Billings, MT 59102 | 2021 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒  None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐  None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Matthew J. Schafer, CPA<br>1500 Poly Drive, Suite 111<br>59102 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Monte K. Weeden | 383 Whitetail Drive<br>Lewistown, MT 59457 | President | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Karlene Weeden | 95 E. Manor Drive<br>PO Box 1164<br>Lewistown, MT 59457 | Secretary/Treasurer | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____December 11, 2025_____

/s/   Monte Weeden                                              Monte Weeden
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor     President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## District of Montana

In re    M.K. Weeden Construction, Inc.                  Case No. _____

                         Debtor(s)            Chapter    11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Monte K. Weeden<br>383 Whitetail Drive<br>Lewistown, MT 59457 | Stock | | Owner |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    12/11/2025       _____      Signature    *Monte Weeden* (signature)

                                               Monte Weeden

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Montana

In re   M.K. Weeden Construction, Inc.     Case No. _____

               Debtor(s)       Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **FLAT FEE**

For legal services, I have agreed to accept ........................................................... $ _____

Prior to the filing of this statement I have received ....................................... $ _____

Balance Due ............................................................................................... $ _____

☒ **RETAINER**

For legal services, I have agreed to accept and received a retainer of.......................... $    175,000.00

The undersigned shall bill against the retainer at an hourly rate of............................... $    525.00
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

    ☐ Debtor     ☒ Other (specify):    Weeden Ranch LLC, on behalf of all entities per court order

3. The source of compensation to be paid to me is:

    ☐ Debtor     ☒ Other (specify):    All entities

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

December 11, 2025
*Date*

/s/ Laurie Thornton

Laurie Thornton
*Signature of Attorney*
DBS Law
819 Virginia Street, Suite C-2
Seattle, WA 98101
(206) 489-3802   Fax:
lthornton@lawdbs.com
*Name of law firm*

**United States Bankruptcy Court**
**District of Montana**

In re   M.K. Weeden Construction, Inc.           Case No.
                   Debtor(s)       Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    12/11/2025                                       

Monte Weeden/President
Signer/Title

Applied Industrial Tech
22510 Network Place
Chicago, IL 60673


Archie Cochrane Ford
PO Box 80605
Billings, MT 59102


Arnold Machinery Company
PO Box 30020
Salt Lake City, UT 84130


Arnold Machinery Company
dba General Implement Distributors
PO Box 30020
Salt Lake City, UT 84130


ARU SPC obo Pillar SP
Attn: Noel Malabanan
1834 Walden Office Square, Ste. 350
Schaumburg, IL 60173


Billings Construction Company
5514 King Avenue E.
Billings, MT 59101


Bravera Bank
401 N. 4th Street
Bismarck, ND 58501


Capital One Bank
PO Box 60519
City of Industry, CA 91716


CAT Financial CAT Card
PO Box 735638
Dallas, TX 75373


Caterpillar Financial
PO Box 100647
Pasadena, CA 91189


Caterpillar Financial Services Corp.
2120 West End Avenue
Nashville, TN 37203


Century Link Communications LLC
PO Box 52187
Phoenix, AZ 85072


Class C Solutions Group
PO Box 78845
Milwaukee, WI 53278

```
Daniel S. Morgan
Morgan Law Offices
PO Box 7638
Missoula, MT 59807


Employers Mutual Casualty
c/o The Hustead Law Firm
4643 S. Ulster Street, Ste. 1250
Denver, CO 80237


Ezzie's Wholesale Inc.
c/o Oliver Urick
PO Box 556
Stanford, MT 59479


First Bank of Montana
P.O. Box 540
Lewistown, MT 59457


First Insurance Funding
PO Box 7000
Carol Stream, IL 60197


Ford Motor Credit
PO Box 650573
Dallas, TX 75265


Hamilton Platt
Boone Karlberg P.C.
201 West Main Street, Ste. 300
Missoula, MT 59807


Hose & Rubber Supply Inc.
PO Box 158
Randolph, UT 84064


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101


John Thomas Inc.
1560 Lovett Drive
Dixon, IL 61021


Julie Weeden
383 Whitetail Drive
Lewistown, MT 59457


Ken Cunningham
2466 S. 28 Road
Ballantine, MT 59006


Komatsu Financial Limited Partnership
1701 Golf Road, Ste. 1-300
Rolling Meadows, IL 60008
```

Lewistown Water and Sewer Department
305 W. Watson, Ste. 3
Lewistown, MT 59457


Mader Corporation
2720 Council Tree Avenue
Suite 200
Fort Collins, CO 80525


Marsh McLennan Agency
501 N. Riverpoint Blvd., Ste. 403
Spokane, WA 99202


Mid-Rivers Communication
PO Box 280
Circle, MT 59215


MK Equipment Co. LLC
383 Whitetail Drive
Lewistown, MT 59457


Modern Machinery Co., Inc.
PO Box 16660
Missoula, MT 59806


Montana Department of Revenue
PO Box 7701
Helena, MT 59604


Montana DEQ
Attn: Financial Services Office
PO Box 200901
Helena, MT 59620


Monte K. Weeden
383 Whitetail Drive
Lewistown, MT 59457


Moore Farmers Oil Company
c/o Oliver J. Urick
PO Box 556
Stanford, MT 59479


Mountainview Co-Op
1030 Montana Avenue NE
Black Eagle, MT 59414


NorthWestern Energy
11 E. Park Street
Butte, MT 59701


Paynewest Insurance Inc.
PO Box 4386
Missoula, MT 59806

PRB Oil Company
PO Box 506
Blackfoot, ID 83221


Randall C. Lester
Falcon Lester and Schaff P.C.
PO Box 149
Great Falls, MT 59403


RDO Equipment Co.
700 7th Street South
Fargo, ND 58103


Republic Services
PO Box 1143
Lewistown, MT 59457


Rinker Materials
PO Box 936217
Atlanta, GA 31193


Robert Johnson
Tucker Albin and Associates
1702 N. Collins Blvd., Ste. 200
Fort Collins, CO 80525


Stage Stop Inn
2167 N. Main Street
Sheridan, WY 82801


Tractor and Equipment Co., Inc.
c/o Alex W. Hamman
2075 Central Avenue, Ste. 4
Billings, MT 59102


Varilease Finance Inc/VFI ABS 2022-1 LLC
2800 E. Cottonwood Pkwy., 2nd Floor
Salt Lake City, UT 84121


Western States Equipment Co.
PO Box 3805
Seattle, WA 98124


Wyoming Electric Inc.
15 Gable Way
Sheridan, WY 82801


Wyoming Machinery Company
PO Box 2335
Casper, WY 82602

# United States Bankruptcy Court
## District of Montana

In re    M.K. Weeden Construction, Inc.              Case No.                     

                                       Debtor(s)                Chapter      11                     

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   M.K. Weeden Construction, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| | |
|---|---|
| December 11, 2025 | /s/ Laurie Thornton |
| Date | Laurie Thornton |
| | Signature of Attorney or Litigant |
| | Counsel for    M.K. Weeden Construction, Inc. |
| | DBS Law |
| | 819 Virginia Street, Suite C-2 |
| | Seattle, WA 98101 |
| | (206) 489-3802  Fax: |
| | lthornton@lawdbs.com |