Seamus McCulloch
CHRISTIAN, SAMSON, BASKETT
PHELAN & BELL, PLLC
310 W. Spruce Street
Missoula, MT  59802
Tel: (406) 721-7772
Fax: (406) 721-7776
Email: seamus@csblawoffice.com

Laurie Thornton (pro hac pending)
Dominique Scalia (pro hac pending)
DBS Law
819 Virginia Street Suite C-2
Seattle, WA 98101
Tel: (206) 489-3802
Email: lthornton@lawdbs.com
      dscalia@lawdbs.com

*Attorneys for MK Weeden Construction Inc.,
MK Equipment Co. LLC, WMK Holding LLC,
and Weeden Ranch LLC*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| In re **M.K. WEEDEN CONSTRUCTION, INC.** Debtor. | Case No. **4:25-bk-40100-BPH** |

**NOTICE OF FILING CREDITORS MAILING MATRIX**

Comes now Debtor M.K. Weeden Construction, Inc. and hereby files Debtor's Creditors Mailing Matrix attached hereto.

Dated this 11th day of December, 2025

                                   */s/*Seamus McCulloch
                                   Seamus McCulloch
                                   Attorney for Debtor

# CERTIFICATE OF SERVICE

I, Seamus B. McCulloch, hereby certify under penalty of perjury that on the 11th day of December 2025, I caused to be transmitted a true and correct copy of the foregoing document by ECF or electronic mail to the parties in interest who have requested special notice by ECF and/or by mail to the following parties:

None

                                                CHRISTIAN, SAMSON, BASKETT, PHELAN & BELL PLLC

                                                */s/ Seamus B. McCulloch*
Seamus B. McCulloch
*Proposed Attorneys for MK Weeden Construction Inc., MK Equipment Co. LLC and WMK Holdings LLC*

2

Applied Industrial Tech
22510 Network Place
Chicago, IL 60673


Archie Cochrane Ford
PO Box 80605
Billings, MT 59102


ARU SPC obo Pillar SP
Attn: Noel Malabanan
1834 Walden Office Square, Ste. 350
Schaumburg, IL 60173


Billings Construction Company
5514 King Avenue E.
Billings, MT 59101


Bravera Bank
401 N. 4th Street
Bismarck, ND 58501


Capital One Bank
PO Box 60519
City of Industry, CA 91716


CAT Financial CAT Card
PO Box 735638
Dallas, TX 75373


Caterpillar Financial
PO Box 100647
Pasadena, CA 91189


Caterpillar Financial Services Corp.
2120 West End Avenue
Nashville, TN 37203


Century Link Communications LLC
PO Box 52187
Phoenix, AZ 85072

Class C Solutions Group
PO Box 78845
Milwaukee, WI 53278


Daniel S. Morgan
Morgan Law Offices
PO Box 7638
Missoula, MT 59807


Employers Mutual Casualty
c/o The Hustead Law Firm
4643 S. Ulster Street, Ste. 1250
Denver, CO 80237


Ezzie's Wholesale Inc.
c/o Oliver Urick
PO Box 556
Stanford, MT 59479


First Bank of Montana
P.O. Box 540
Lewistown, MT 59457


First Insurance Funding
PO Box 7000
Carol Stream, IL 60197


Ford Motor Credit
PO Box 650573
Dallas, TX 75265


Hamilton Platt
Boone Karlberg P.C.
201 West Main Street, Ste. 300
Missoula, MT 59807


Hose & Rubber Supply Inc.
PO Box 158
Randolph, UT 84064

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101


John Thomas Inc.
1560 Lovett Drive
Dixon, IL 61021


Julie Weeden
383 Whitetail Drive
Lewistown, MT 59457


Ken Cunningham
2466 S. 28 Road
Ballantine, MT 59006


Komatsu Financial Limited Partnership
1701 Golf Road, Ste. 1-300
Rolling Meadows, IL 60008


Lewistown Water and Sewer Department
305 W. Watson, Ste. 3
Lewistown, MT 59457


Mader Corporation
2720 Council Tree Avenue
Suite 200
Fort Collins, CO 80525


Marsh McLennan Agency
501 N. Riverpoint Blvd., Ste. 403
Spokane, WA 99202


Mid-Rivers Communication
PO Box 280
Circle, MT 59215


MK Equipment Co. LLC
383 Whitetail Drive

Lewistown, MT 59457


Modern Machinery Co., Inc.
PO Box 16660
Missoula, MT 59806


Montana Department of Revenue
PO Box 7701
Helena, MT 59604


Montana DEQ
Attn: Financial Services Office
PO Box 200901
Helena, MT 59620


Monte K. Weeden
383 Whitetail Drive
Lewistown, MT 59457


Moore Farmers Oil Company
c/o Oliver J. Urick
PO Box 556
Stanford, MT 59479


Mountainview Co-Op
1030 Montana Avenue NE
Black Eagle, MT 59414


Paynewest Insurance Inc.
PO Box 4386
Missoula, MT 59806


PRB Oil Company
PO Box 506
Blackfoot, ID 83221


Randall C. Lester
Falcon Lester and Schaff P.C.
PO Box 149
Great Falls, MT 59403

RDO Equipment Co.
700 7th Street South
Fargo, ND 58103


Republic Services
PO Box 1143
Lewistown, MT 59457


Rinker Materials
PO Box 936217
Atlanta, GA 31193


Robert Johnson
Tucker Albin and Associates
1702 N. Collins Blvd., Ste. 200
Fort Collins, CO 80525


Stage Stop Inn
2167 N. Main Street
Sheridan, WY 82801


Tractor and Equipment Co., Inc.
c/o Alex W. Hamman
2075 Central Avenue, Ste. 4
Billings, MT 59102


Varilease Finance Inc/VFI ABS 2022-1 LLC
2800 E. Cottonwood Pkwy., 2nd Floor

Salt Lake City, UT 84121


Western States Equipment Co.
PO Box 3805
Seattle, WA 98124


Wyoming Electric Inc.
15 Gable Way
Sheridan, WY 82801


Wyoming Machinery Company

PO Box 2335
Casper, WY 82602